# EXHIBIT A

# JFE Screen Copy

```
**************************************************************
***
--- TST RLR DCS SFP ---
RP/FRALH010Z/QLHLH0200                FM/SU    3AUG17/1311Z   TVP74P
   1.CARTWRIGHT/IAN MR
   2   LH 452 Z 01AUG 2 MUCLAX            FLWN
   3   LH 453 C 02AUG 3 LAXMUC HK1 B       B    1705 1335+1 *1A/E*
   4 AP +49 1577 1882804-M
   5 AP #CCT#DE#ETX#PAYPAL PAYMENT
   6 APE ████WRI@GMAIL.COM
   7 TK OK31JUL/FRALH010Z//ETLH
   8 TK PAX OK02AUG/LAXLH0050//ETLH/S3
   9 *SSR FQTV LH HK/ LH992222091280370 S/2
  10 SSR DOCA LH HK1 R/DE
  11 SSR DOCA LH HK1 D/US/228 SANTA MONICA BLVD/SANTA
         MONICA/CA/90401/S2
  12 SSR DOCO LH HK1 /V/█████████00008/USA/17MAR15/USA/S2
  13 SSR DOCS LH HK1 P/GBR/801817352/GBR/████60/M/27OCT21/CARTWR
         IGHT/IAN PAUL/S2
  14 SSR DOCS LH HK1 ///████60/M//CARTWRIGHT/IAN/S3
  15 SSR DOCS LH HK1 P/GBR/████7352/GBR/████60/M/27OCT21/CARTWR
         IGHT/IAN PAUL
  16 SSR DOCS LH HK1 P/GBR/████17352/GBR/████60/M/27OCT21/CARTWR
         IGHT/IAN PAUL/S3
RP/FRALH010Z/QLHLH0200                FM/SU    3AUG17/1311Z   TVP74P
  17 OSI LH MOB 2/S   /992222091280370/100110586363
  18 OSI LH MOP PAYPAL
  19 OSI LH PPALREFERENCE O 3VT54064M1256472H
  20 OSI LH MOB 1/WWW/ETX/DE/FD/WWWWC4FF0E/100110586363
  21 OSI LH MOB 3/ZFFDEW/1/EUR/4470.00/546.61/0.00/25.00
  22 OSI LH IFW ADDRESS 213.20.238.115
  23 OSI LH IF FOP FFS REF BY LIT ONLY
  24 OSI YY LANGUAGE/GB
  25 RM PRICING ENTRY FXP/R,FA-OBFCA,UP,FRA.FRA/A-ZFFDEW/ET/S2
  26 RM PASSPORT USED AS FOID
  27 RM POS DE
  28 RM MOP:PAYPAL
  29 RM FARE:5016.61 EUR
  30 RM TID:174F0E51FB
  31 RM NEWUI
  32 RM LOGIN/STATUS/AUTHENTICATED/FALSE
  33 RM DOTBAG CARRIER LH
  34 RM PNR MODIFIED BY THE END USER (MONDAY-JULY-31-2017)
  35 RM PNR MODIFIED BY END USER IP_ADDRESS 178.15.12.151
  36 RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN:
RP/FRALH010Z/QLHLH0200                FM/SU    3AUG17/1311Z   TVP74P
         FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS -
         GGAMAUSHAZ/S2-3
  37 RM //SX CLD TO HELP PAX RBK HIS TKT FOR TODAY/ADV NN TO PAY
         FARE DIFF USD1182/PAX AGRED/NYCXF/RA/02AUG17
  38 RM *EMAIL████WRI@GMAIL.COM/EN
  39 RM *PCSOFFICE*RECEIVED ON 31.07.2017 09:03H FROM FRALH010Z
  40 RM *PCSOFFICE*TRAVELINFO FORWARDED ON 31.07.2017 09:03H TO
         ████WRI@GMAIL.COM
  41 FA PAX 220-2385245827/ETLH/EUR5016.61/31JUL17/FRALH010Z/2349
         9221/S2
  42 FA PAX 220-2381808887/ETLH/USD1182.00/02AUG17/LAXLH0050/0599
         3514/S3
```

```
43 FB PAX 0000000000 TTP OK ETICKET/S2
44 FB PAX 0000000000 TTP/F/T3/RT OK ETICKET/S3
45 FE PAX FL/CNX/CHG RESTRICTED CHECK FARE NOTE -BG:LH/S3
46 FO PAX 220-2385245827FRA31JUL17/23499221/220-23852458273E2
      /S3
47 FO 220-2385245827FRA31JUL17/23499221/220-23852458273E2
48 FP O/MS+/CCCAXXXXXXXXXXXX6587/0720
49 FP PAX O/MS+/CCCAXXXXXXXXXXXX6587/0720/A182337/S3
--- TST RLR DCS SFP ---
RP/FRALH010Z/QLHLH0200              FM/SU   3AUG17/1311Z   TVP74P
38 RM *EMAIL:    ▇▇WRI@GMAIL.COM/EN
39 RM *PCSOFFICE*RECEIVED ON 31.07.2017 09:03H FROM FRALH010Z
40 RM *PCSOFFICE*TRAVELINFO FORWARDED ON 31.07.2017 09:03H TO
      ▇▇▇WRI@GMAIL.COM
41 FA PAX 220-2385245827/ETLH/EUR5016.61/31JUL17/FRALH010Z/2349
      9221/S2
42 FA PAX 220-2381808887/ETLH/USD1182.00/02AUG17/LAXLH0050/0599
      3514/S3
43 FB PAX 0000000000 TTP OK ETICKET/S2
44 FB PAX 0000000000 TTP/F/T3/RT OK ETICKET/S3
45 FE PAX FL/CNX/CHG RESTRICTED CHECK FARE NOTE -BG:LH/S3
46 FO PAX 220-2385245827FRA31JUL17/23499221/220-23852458273E2
      /S3
47 FO 220-2385245827FRA31JUL17/23499221/220-23852458273E2
48 FP O/MS+/CCCAXXXXXXXXXXXX6587/0720
49 FP PAX O/MS+/CCCAXXXXXXXXXXXX6587/0720/A182337/S3
50 FV PAX LH/S3
51 FZ RA70507115
52 AB NA-MR IAN CARTWRIGHT/A1-SPITZACKERSTR 2A/ZP-82166/
      CI-GRAEFELFING/CO-DE
```

```
RP/FRALH010Z/QLHLH0200              FM/SU    3AUG17/1311Z    TVP74P
     000 ON/CARTWRIGHT/IAN MR
     000 OS/LH 452 Z 01AUG 2 MUCLAX LK1 1200 1515/FF *1A/E*
     000 OS/LH 453 Z 07SEP 4 LAXMUC LK1 1705 1335+1/FF *1A/E*
     000 OP/AP AMADEUS-H
     000 OT/TKXL 31JUL/1109/FRALH010Z
     000 OR/SSR RQST LH LK1 LAXMUC/06DN/LH 453 Z 07SEP LAXMUC
     000 OR/SSR FQTVLHHK/ LH992222091280370 S/2/CARTWRIGHT/IAN MR
     000 OO/OSI LHMOB 2/S   /992222091280370/100110586363
     000 KO/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
         IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS
         MATERIALS - GGAMAUSHAZ/LH 452 Z 01AUG MUCLAX/LH 453 Z
         07SEP LAXMUC
     000 KO/RM PRICING ENTRY FXP/R,UP,FRA.FRA/A-ZFFDEW/ET/LH 452
         Z 01AUG MUCLAX/LH 453 Z 07SEP LAXMUC/CARTWRIGHT/IAN MR
     000 OF/FE FL/CNX/CHG RESTRICTED CHECK FARE NOTE -BG:LH/LH
         452 Z 01AUG MUCLAX/LH 453 Z 07SEP LAXMUC/CARTWRIGHT/IAN
         MR
     000 OF/FV LH/LH 452 Z 01AUG MUCLAX/LH 453 Z 07SEP LAXMUC/
         CARTWRIGHT/IAN MR
     000 RF-PAX CR-FRALH010Z 23499221 SU 0001AA 31JUL0659Z
000/001 XP/AP AMADEUS-H
000/001 XT/TKXL 31JUL/1109/FRALH010Z
)
```

*History*

```
RP/FRALH010Z/QLHLH0200              FM/SU   3AUG17/1311Z   TVP74P
000/001 XR/RM PRICING ENTRY FXP/R,UP,FRA.FRA/A-ZFFDEW/ET/LH 452
        Z 01AUG MUCLAX/LH 453 Z 07SEP LAXMUC/CARTWRIGHT/IAN MR
000/001 XF/FE FL/CNX/CHG RESTRICTED CHECK FARE NOTE -BG:LH/LH
        452 Z 01AUG MUCLAX/LH 453 Z 07SEP LAXMUC/CARTWRIGHT/IAN
        MR
000/001 XF/FV LH/LH 452 Z 01AUG MUCLAX/LH 453 Z 07SEP LAXMUC/
        CARTWRIGHT/IAN MR
    001 AP/AP +49 1577 1882804-M
    001 AP/AP #CCT#DE#ETX#PAYPAL PAYMENT
    001 AP/APE     WRI@GMAIL.COM
    001 AT/TKOK 31JUL/FRALH010Z
    001 SA/SSR DOCSLHHK1 P////    60/M//CARTWRIGHT/IAN/PAUL/
        CARTWRIGHT/IAN MR
    001 OA/OSI LHMOP PAYPAL
    001 OA/OSI LHPPALREFERENCE O 3VT54064M1256472H
    001 OA/OSI LHMOB 1/WWW/ETX/DE/FD/WWWWC4FF0E/100110586363
    001 OA/OSI LHMOB 3/ZFFDEW/1/EUR/4470.00/546.61/0.00/25.00
    001 OA/OSI LHIFW ADDRESS 213.20.238.115
    001 OA/OSI LHIF FOP FFS REF BY LIT ONLY
    001 OA/OSI YYLANGUAGE/GB
    001 AR/RM PRICING ENTRY FXP/R,FA-OBFCA,UP,FRA.FRA/A-ZFFDEW/
        ET/LH 452 Z 01AUG MUCLAX/LH 453 Z 07SEP LAXMUC/
)
```