Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Marc S. Williams (Bar No. 198913)
mwilliams@cohen-williams.com
**COHEN WILLIAMS WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone:  (213) 232-5160
Facsimile:   (213) 232-5167

Attorneys for Defendant,
BERHNARD EUGEN FRITSCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00520-DSF |
| Plaintiff, | **STIPULATION RE RELEASE AND CONDITIONS OF BOND** |
| v. | |
| BERHNARD EUGEN FRITSCH, | |
| Defendant. | |

Defendant, Bernhard Fritsch, by and through his counsel of record, Reuven L. Cohen and Marc S. Williams, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Karen Escalante, hereby stipulate and agree as follows:

1.    On August 3, 2017, this Court ordered Mr. Fritsch detained pending trial. (Dkt. 8.)

2.    On August 9, 2017, Mr. Fritsch applied for review/reconsideration of the Court's August 3 detention order, proposing the following sureties: a $50,000 cash bond from his brother; and a $100,000 unsecured appearance bond from his ex-wife, Lisa Short.

**STIPULATION RE RELEASE AND CONDITIONS OF BOND**

(Dkt. 13.)  The government opposed the request for review/reconsideration, and on August 11, 2017, the Court denied Mr. Fritsch's request.  (Dkt. 18.)

      3.     By way of this stipulation, the parties agree that Mr. Fritsch should be released upon posting a $8,119,129.07 secured appearance bond justified by deeding of properties and an affidavit of surety, to be satisfied as follows:

     a.  An appearance bond in the amount of $680,000 secured by the deeding of property located at 877 E. Broadway, Milford, CT 06460 and owned by Lisa Short in favor of the clerk of the United States District Court;

     b.  An appearance bond in the amount of $134,129.07 secured by the deeding of property located at 1064 Summit Ave., St. Paul, MN 55105 and owned by Dr. Marc Montgomery in favor of the clerk of the United States District Court;

     c.  An appearance bond in the amount of $7,205,000 secured by the deeding of property located at 3229 Rambla Pacifico Street, Malibu, CA 90265 (the "Malibu Property")[1] and owned by Mr. Fritsch in favor of the clerk of the United States District Court; and

     d.  An appearance bond in the amount of $100,000 secured by an affidavit of surety (without justification) executed by David Stocker.

      4.     Other stipulated terms and conditions of bond include the following:

     a.  Mr. Fritsch shall submit to Pretrial Services Agency (PSA) supervision as directed by PSA;

     b.  Mr. Fritsch shall surrender all passports and travel documents, including any passports and travel documents from the United States, Germany, and the Bahamas, to PSA no later than November 27, 2017, sign a Declaration

---

[1] The entire equity in the Malibu Property is subject to forfeiture in this case and the government has recorded a *lis pendens* against the property pursuant to forfeiture allegations in the Indictment. The parties agree that by agreeing to this bond, the government is not waiving its right to seek forfeiture of the entire equity in the Malibu Property at the conclusion of the criminal proceedings.

**STIPULATION RE RELEASE AND CONDITIONS OF BOND**

re Passport and Other Travel Documents (Form CR-37), and not apply for a passport or other travel document during the pendency of this case;[2]

c. Mr. Fritsch's travel is restricted to the Central District of California; Court permission is required for other travel;

d. Mr. Fritsch shall reside in the Central District of California as approved by PSA and not relocate without prior permission from PSA;

e. Mr. Fritsch shall make all mortgage and property tax payments on the Malibu Property to keep the existing mortgage and taxes current; in order to determine compliance, Mr. Fritsch shall provide proof of such payments to PSA within five business days following the due date of each such payment; if Mr. Fritsch misses two consecutive mortgage or property tax payments, Mr. Fritsch agrees (without objection) to the interlocutory sale of the Malibu Property on terms to be provided by the government;

f. Mr. Fritsch shall maintain or actively seek employment and provide proof to PSA, which employment shall be approved by PSA, but in all cases, Mr. Fritsch shall not: (1) maintain employment that involves the management of money belonging to persons other than himself; (2) maintain employment as the officer, director, or manager of a company; or (3) solicit, or attempt to solicit, directly or indirectly, persons to invest funds in a company;

g. Mr. Fritsch shall avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the

---

[2] Defense counsel has conferred with the German Consulate, which has indicated the following: "Should Mr. Fritsch be released on bail and subsequently apply for a German passport from any of the missions of the Federal Republic of Germany in the United States, the German mission will promptly notify Mrs. Sandra R. Brown, Acting United States Attorney and Mr. Lawrence S. Middleton, Chief of Criminal Division for the Central District of California, of the fact of the application and place where the application was made."

**STIPULATION RE RELEASE AND CONDITIONS OF BOND**

subject prosecution; the government shall provide to defense counsel a non-exhaustive list of such known victims or witnesses;

h.  Mr. Fritsch shall not possess any firearms, ammunition, destructive devices, or other dangerous weapons; in order to determine compliance, Mr. Fritsch shall submit to the search of his person and/or property at any and all times by PSA in conjunction with the U.S. Marshal;

i.  Mr. Fritsch shall not use or possess any identification, mail matter, access device, or any identification-related material other than in his own legal or true name without prior permission from PSA; in order to determine compliance, Mr. Fritsch shall submit to the search of his person and/or property at any and all times by PSA in conjunction with the U.S. Marshal;

j.  Mr. Fritsch shall not sell, transfer, or give away any asset valued at $1,000 or more without notifying and obtaining permission from the Court;

k.  Mr. Fritsch shall participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of PSA, which shall include a location monitoring bracelet; Mr. Fritsch shall pay all or part of the costs of the program based upon his ability to pay as determined by PSA; Mr. Fritsch shall be financially responsible for any lost or damaged equipment;

l.  Mr. Fritsch shall be restricted to his residence at all times except for medical needs or treatment, attorney visits, court appearances, and errands within a two-mile radius of his residence;

m.  To ensure that title to the Malibu Property is clear, Mr. Fritsch shall have 45 calendar days following the Court's approval of this Stipulation to satisfy the government that he is the sole shareholder and owner of 3229 Rambla Pacifico, Inc. (the prior owner of the Malibu Property) or otherwise file a civil action by such date in the Superior Court of the State of California seeking declaratory judgment establishing Mr. Fritsch as the

4

**STIPULATION RE RELEASE AND CONDITIONS OF BOND**

sole shareholder and owner of 3229 Rambla Pacifico, Inc.; if Mr. Fritsch fails to comply with this condition, the parties agree that the stipulated bond would be revoked; and

n. Mr. Fritsch shall comply with all general conditions of bond as set forth in the attached Central District of California Release Order and Bond Form.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED:  November 23, 2017          By: */s/ Reuven L. Cohen*
                                   Reuven L. Cohen
                                   Marc S. Williams
                                   COHEN WILLIAMS WILLIAMS LLP
                                   Attorneys for Defendant
                                   BERNHARD EUGEN FRITSCH

Respectfully Submitted,

DATED:  November 23, 2017          By: */s/ (per e-mail authorization)*
                                   Karen Escalante
                                   Assistant United States Attorney
                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

**STIPULATION RE RELEASE AND CONDITIONS OF BOND**