Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Marc S. Williams (Bar No. 198913)
mwilliams@cohen-williams.com
**COHEN WILLIAMS WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone:  (213) 232-5160
Facsimile:   (213) 232-5167

Attorneys for Defendant,
BERNHARD EUGEN FRITSCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNHARD EUGEN FRITSCH,<br><br>Defendant. | Case No. 17-CR-00520-DSF<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE PERTAINING TO INTERNET ACCESS** |

Defendant, Bernhard Fritsch, by and through his counsel of record, Reuven L. Cohen and Marc S. Williams, and Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Karen Escalante, hereby stipulate and agree as follows:

1.     On November 30, 2017, the Court ordered Mr. Fritsch released on bond under various conditions, including the condition that Mr. Fritsch may "not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency" (hereinafter "Internet Access

Condition"). (Dkt. 48 at 7.) On December 13, 2017, the Court modified the bond order and, as relevant here, left the Internet Access Condition in place. (Dkt. 51 at 6.)

2. Mr. Fritsch was released on December 15, 2017, following the posting of a secured appearance bond and an unsecured appearance bond per the Court's modified bond order.

3. On or about December 15, 2017, United States Pretrial Services ("PSA") Officer Manuel Ibanez advised that, pursuant to the Internet Access Condition, PSA would require the following:

a. Mr. Fritsch must remove all computers and devices that access the internet from his residence except one computer (the "Computer");

b. Mr. Fritsch must provide PSA with the make, model, and serial number of the Computer;

c. Mr. Fritsch may not own or possess a smartphone;

d. Mr. Fritsch may own and/or possess a wireless flip phone (the "Flip Phone");

e. Mr. Fritsch must inform PSA of the internet service provider that provides internet access to his residence;

f. Mr. Fritsch may not possess or access the Computer outside his residence;

g. Mr. Fritsch may access the internet only via the Computer;

h. Mr. Fritsch may not access the internet outside his residence;

i. In order to determine compliance with the Internet Access Condition, Mr. Fritsch must submit to a search of his person and/or property, including the Computer and Flip Phone, at any and all times by PSA in conjunction with the U.S. Marshal and Mr. Fritsch agrees that any device that can access the internet found inside his residence is subject to seizure by PSA.

4.      Accordingly, the parties request that the Court modify the Internet Access Condition as set forth above.

5.      In all other respects, the terms and conditions of defendant's pretrial release shall remain the same.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED:  December 18, 2017          By: */s/ Reuven L. Cohen*
Reuven L. Cohen
Marc S. Williams
COHEN WILLIAMS WILLIAMS LLP
Attorneys for Defendant
BERNHARD EUGEN FRITSCH

Respectfully Submitted,

DATED:  December 18, 2017          By: */s/ Karen Escalante (per authorization)*
Karen Escalante
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**STIPULATION TO MODIFY CONDITIONS OF RELEASE PERTAINING TO INTERNET ACCESS**