Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Marc S. Williams (Bar No. 198913)
mwilliams@cohen-williams.com
**COHEN WILLIAMS WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone:  (213) 232-5160
Facsimile:   (213) 232-5167

Attorneys for Defendant,
BERNHARD EUGEN FRITSCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNHARD EUGEN FRITSCH,<br><br>Defendant. | Case No. 17-CR-00520-DSF<br><br>**[PROPOSED] ORDER RE CONDITIONS OF RELEASE PERTAINING TO INTERNET ACCESS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Stipulation to Modify Conditions of Release Pertaining to Internet Access is GRANTED, and that:

1.     Defendant Bernhard Eugen Fritsch must remove all computers and devices that access the internet from his residence except one computer (the "Computer");

2.     Mr. Fritsch must provide United States Pretrial Services ("PSA") with the make, model, and serial number of the Computer;

3.     Mr. Fritsch may not own or possess a smartphone;

4.     Mr. Fritsch may own and/or possess a wireless flip phone (the "Flip Phone");

---

5.    Mr. Fritsch must inform PSA of the internet service provider that provides internet access to his residence;

6.    Mr. Fritsch may not possess or access the Computer outside his residence;

7.    Mr. Fritsch may access the internet only via the Computer;

8.    Mr. Fritsch may not access the internet outside his residence;

9.    In order to determine compliance with the Internet Access Condition, Mr. Fritsch must submit to a search of his person and/or property, including the Computer and Flip Phone, at any and all times by PSA in conjunction with the U.S. Marshal and Mr. Fritsch agrees that any device that can access the internet found inside his residence is subject to seizure by PSA;

10.    In all other respects, the terms and conditions of defendant's pretrial release shall remain the same.


            IT IS SO ORDERED.


DATED: December __, 2017                    _____
                                           HON. DALE S. FISCHER
                                           United States District Judge

Presented by:

*/s/ Reuven L. Cohen*
REUVEN L. COHEN

**[PROPOSED] ORDER RE CONDITIONS OF RELEASE PERTAINING TO INTERNET ACCESS**