Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Marc S. Williams (Bar No. 198913)
mwilliams@cohen-williams.com
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone:  (213) 232-5160
Facsimile:   (213) 232-5167

Attorneys for Defendant,
BERNHARD EUGEN FRITSCH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNHARD EUGEN FRITSCH,<br><br>Defendant. | Case No. 17-CR-00520-DSF<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE PERTAINING TO LISA SHORT** |

Defendant, Bernhard Fritsch, by and through his counsel of record, Reuven L. Cohen, Marc S. Williams, and Anya J. Goldstein, and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Karen Escalante, hereby stipulate and agree as follows:

1.    Mr. Fritsch was released from custody on December 15, 2017.  One of the conditions of bond states that "Mr. Fritsch shall avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject prosecution; the government shall provide to defense counsel a non-exhaustive list of such known victims or witnesses." (Dkt. 48, ¶2(g).)

2.    The government provided Mr. Fritsch's counsel with a non-exhaustive list of known victims or witnesses (the "Do Not Contact List") on December 19, 2017.

3.    The Do Not Contact list includes Lisa Short, Mr. Fritsch's former wife and mother of his two minor children.

4.    Pretrial Services Agency currently allows Mr. Fritsch to contact Ms. Short, but in order for Mr. Fritsch to do so, he must inform Pretrial Services Officer Manuel Ibanez of each contact.  Mr. Fritsch speaks with or visits with Ms. Short frequently.

5.    Mr. Fritsch has requested that the government stipulate to removing Ms. Short from the Do Not Contact List.  The government has agreed to the removal of Ms. Short from the Do Not Contact List in light of the fact that she is the mother of Mr. Fritsch's two children.

6.    Counsel for Mr. Fritsch has conferred with Officer Ibanez, who has no objection to the removal of Ms. Short from the Do Not Contact List.

7.    Accordingly, the parties request that the Court modify the conditions of bond to permit Mr. Fritsch to contact and communicate with Ms. Short without having to inform or seek permission from Officer Ibanez or others at Pretrial Services Agency.

///
///
///
///
///
///
///
///
///
///
///
///
///

**STIPULATION TO MODIFY CONDITIONS OF RELEASE PERTAINING TO LISA SHORT**

8.    In all other respects, the terms and conditions of Mr. Fritsch's pretrial release shall remain the same.


IT IS SO STIPULATED.

Respectfully Submitted,

DATED:  May 11, 2018                    By:  */s/ Marc S. Williams*
Reuven L. Cohen
Marc S. Williams
Anya J. Goldstein
COHEN WILLIAMS LLP
Attorneys for Defendant
BERNHARD EUGEN FRITSCH


Respectfully Submitted,

DATED:  May 11, 2018                    By:  */s/ Karen Escalante (per authorization)*
Karen Escalante
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**STIPULATION TO MODIFY CONDITIONS OF RELEASE PERTAINING TO LISA SHORT**