Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Marc S. Williams (Bar No. 198913)
mwilliams@cohen-williams.com
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone:  (213) 232-5160
Facsimile:   (213) 232-5167

Attorneys for Defendant,
BERNHARD EUGEN FRITSCH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-CR-00520-DSF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| BERNHARD EUGEN FRITSCH, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the conditions of release for Defendant Bernhard Eugen Fritsch are modified to extend the time, by an additional 120 days (to October 9, 2018), in which Mr. Fritsch must obtain a final judgment establishing that he is the sole shareholder and owner of 3229 Rambla Pacifico, Inc. (Dkt 51, par. 2(m).) All other conditions of release shall remain in place.

IT IS SO ORDERED.

DATED: June 7, 2018

_____
HON. DALE S. FISCHER
United States District Judge

Presented by:

*/s/ Marc S. Williams*
Marc S. Williams

2
**[PROPOSED] ORDER**