NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
KAREN E. ESCALANTE (Cal. Bar No. 304686)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3358/2931
     Facsimile: (213) 894-6269
     E-mail:    karen.escalante@usdoj.gov
                monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 17-00520-DSF |
|---|---|
| Plaintiff, | GOVERNMENT'S STATEMENT THAT IT TAKES NO POSITION AS TO DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL TO THE NORTHERN DISTRICT OF CALIFORNIA |
| v. | |
| BERNHARD EUGEN FRITSCH, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Karen E. Escalante and Monica E. Tait, hereby files its statement that it takes no position as to defendant BERNHARD EUGEN FRITSCH's ("defendant") ex parte application for order modifying conditions of release to permit travel to the Northern District of California:

     1.   On Monday, November 26, 2018, after the close of business and at approximately 5:21 p.m., David Sutton, an attorney for the law

firm of Cohen Williams LLP called AUSA Escalante.  Mr. Sutton informed AUSA Escalante that defendant intended to file an ex parte application seeking to travel to San Francisco and Menlo Park for work-related meetings taking place on Friday, November 30, 2018, and Saturday, December 1, 2018.  Mr. Sutton indicated that defendant would keep his location monitoring bracelet on and Pretrial Services Officer Manual Ibanez was okay with the request.  AUSA Escalante told Mr. Sutton that she would consult with her co-counsel, AUSA Tait, and with Officer Ibanez, and would try to inform him of the government's position the next day.

2.    As of the time of this filing, the government has not been able to reach Officer Ibanez and understands that he is out of the office until December 3, 2018.

3.    Based on defense counsel's representations, in defendant's ex parte application (Dkt. 103), that Officer Ibanez has no objection to the relief requested in the application, the government takes no position on the request.

Dated: November 27, 2018          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
KAREN E. ESCALANTE
MONICA E. TAIT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA