UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 17-00520 DSF | | Date | September 13, 2021 |
|---|---|---|---|---|

| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Interpreter | |
|---|---|

| Renee Fisher | Pat Cuneo | Karen Escalante |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Bernard Eugen Fritsch | √ | | √ | Ginger R. Kelley | √ | | √ |

**Proceedings:**    MOTION HEARING (Held and Completed)

DEFENDANT BERNHARD EUGEN FRITSCH'S MOTION FOR AN ORDER MODIFYING CONDITION OF RELEASE (2.K) TO REMOVE LOCATION MONITORING DEVICE (18 U.S.C. § 3142(c)(3).) [161]

The matter is called and counsel state their appearances.

Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments.   Arguments by counsel are heard.

The parties are to contact the USPO and file supplemental documents with alternative methods of monitoring the defendant while on pretrial supervision.  The defendant is to file a declaration of the sureties agreeing to the modification.

**CRIMINAL MINUTES**                    _____ : 05
                                                                Initials of Deputy Clerk: rf