# Exhibit 1

❯ **Summary**

# AIN: 4451-011-073 [5]

**Situs Address:**
3229 RAMBLA PACIFICO
MALIBU CA 90265-5143

| | |
|---|---|
| **Use Type:** | Single Family Residence |
| **Parcel Type:** | Regular Fee Parcel |
| **Tax Rate Area:** | 10867 |

| | |
|---|---|
| **Parcel Status:** | **ACTIVE** |
| **Create Date:** | 10/14/1998 |
| **Delete Date:** | |
| **Tax Status:** | **DELINQUENT** |
| **Year Defaulted:** | 2021 |
| **Exemption:** | None |

The Tax Rate Area (TRA) is a code that specifies an area having a certain combination of taxation districts resulting in a uniform tax rate for all properties in that area.

**Building (0101) & Land Overview**

| | |
|---|---|
| **Use Code:** | 0100 |
| **Design Type:** | 0130 |
| **Quality Class:** | D125C |

| | |
|---|---|
| **# of Units:** | 1 |
| **Beds/Baths:** | 7/11 |
| **Building SqFt:** | 8,272 |

| | |
|---|---|
| **Year Built:** | 2001 |
| **Effective Year:** | 2001 |
| **Land SqFt:** | 285,440 |

 (https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.html?val=4451-011)

Parcel Map (https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.html?val=4451-011) / Map Index (https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.html?val=4451-NDX)

| 2022 Roll Preparation | | 2021 Current Roll | RC | Year | 2009 Base Value |
|---|---|---|---|---|---|
| $ | 3,640,467 | $ 3,569,086 | T | 2009 | $ 3,328,746 |
| $ | 1,407,644 | $ 1,380,044 | T | 2009 | $ 1,287,113 |
| $ | 5,048,111 | $ 4,949,130 | | | $ 4,615,859 |

**Assessor's Responsible Division**

| | |
|---|---|
| **District:** | West District Office |
| **Region:** | 07 |
| **Cluster:** | 07181 BIG ROCK/RAMBLA |

West District Office (https://maps.google.com/?q=6120+Bristol+Parkway+Culver+City%2C+CA+90230) 📍
6120 Bristol Parkway
Culver City, CA 90230

Phone: (310) 665-5300
Toll Free: 1 (888) 807-2111
M-F 7:30 am to 5:00 pm

02/15/2010 1 of 55 Select Date

N



3229 Rambla Pacifico, Malibu, CA 90265-5143

© 2020 Eagleview



## Building and Land Characteristics

### Land Information

*Use Code* = 0100 (Single Family Residence)

| | |
|---|---|
| **Total SqFt (GIS):** | 285,440 |
| **Total SqFt (PDB):** | |
| **Usable SqFt:** | 60,000 |
| **Acres:** | |
| **Land W' x D':** | 0 x 0 |
| | |
| **Sewers:** | Yes |
| **Flight Path:** | No |
| **X-Traffic:** | No |
| **Freeway:** | No |
| | |
| **Corner Lot:** | No |
| **Golf Front:** | No |
| **Horse Lot:** | No |
| **View:** | Water/Canyon |

| | |
|---|---|
| **Zoning:** | (Refer Issuing Agency) |
| **Code Split:** | No |
| **Impairment:** | None |

**Situs Address:**
3229 RAMBLA PACIFICO MALIBU CA 90265-5143

**Legal Description** *(for assessment purposes)***:**
P M 284-10-11 LOT 1

> **Use Code:** 0100 (Single Family Residence)
> 0 = Residential
> 1 = Single Family Residence
> 0 = Unused or Unknown Code (No Meaning)
> 0 = Unused or Unknown Code (No Meaning)

## Building Information

| | |
|---|---|
| ***SUBPART:*** | ***0101*** |
| **Design Type:** | 0130 |
| **Quality Class:** | D125C |
| | |
| **# of Units:** | 1 |
| **Beds/Baths:** | 7/11 |
| **Building SqFt:** | 8,272 |
| | |
| **Year Built:** | 2001 |
| **Effective Year:** | 2001 |
| **Depreciation:** | UJ80 / / 0 |
| | |
| **RCN Other:** | $ 65,520 |
| **RCN Other Trended:** | $ 118,067 |
| **Year Change:** | 2001 |

> **Design Type:** 0130
> 0 = Residential
> 1 = Single Family Residence
> 3 = Central Refrigeration and Heat
> 0 = Unused or Unknown Code (No Meaning)

| | |
|---|---|
| ***SUMMARY:*** | ***Total*** |
| | |
| **# of Units:** | 1 |
| **Beds/Baths:** | 7/11 |
| **Building SqFt:** | 8,272 |
| **Avg SqFt/Unit:** | 8,272 |

### ❤ Events History

[ Ownership () ] [ Parcel Change () ]

**Show Re-Assessable Only:** ☐

| Recording Date | Seq. # | Re-Assessed | # Parcels | % | Ver. Code | DTT Sale Price | Assessed Value |
|---|---|---|---|---|---|---|---|
| 12/11/2017 | 50 | No | 2 | 00%-0 | 2 | $ 9 | $ 4,708,175 |
| 11/30/2017 | 50 | Yes | | 00%-0 | | $ 0 | $ 4,615,859 |
| 11/24/2008 | 50 | No | 2 | 00%-0 | | $ 0 | $ 4,160,000 |
| 11/21/2008 | 50 | Yes | 2+ | 00%-0 | M | $ 4,560,000 | $ 4,160,000 |
| 11/27/2007 | 51 | No | | 00%-0 | | $ 0 | $ 4,105,127 |
| 07/10/2002 | 50 | Yes | | 00%-0 | | $ 0 | $ 3,650,000 |
| 06/26/2002 | 50 | Yes | 2 | 00%-0 | | $ 3,750,000 | $ 3,650,000 |
| 07/17/1997 | 50 | Yes | | 00%-0 | | $ 0 | $ 300,000 |

### ❤ Assessment History

**Show All:** ☐ **Hide Inactive Rolls:** ☐

Showing 51 to 53 of 53 entries.

| Bill Number | Bill Type | Bill Status | Date to Auditor | Recording Date | Total Value | Land Value | Improvement Value |
|---|---|---|---|---|---|---|---|
| 2000000 | R | A | 07/13/2000 | 07/17/1997 | $ 811,670 | $ 311,670 | $ 500,000 |
| 1990000 | R | A | 07/16/1999 | 07/17/1997 | $ 305,559 | $ 305,559 | $ 0 |
| 1980000 | W | W | 0 | 07/17/1997 | $ 300,000 | $ 300,000 | $ 0 |

« … 6 »

© 2021- Los Angeles County Assessor
Contact Us (https://assessor.lacounty.gov/contact-us/) | Disclaimer (disclaimer) | FAQ (faq)
PDB Effective Date: 11/09/2021

f (https://facebook.com/LACAssessor)    🐦 (https://www.twitter.com/LACASSESSOR)    in (https://www.linkedin.com/company/los-angeles-county-office-of-the-assessor)    ▶ (https://youtube.com/u