John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Anthony R. Bisconti (SBN 269230)
tbisconti@bklwlaw.com
Carlos A. Nevarez (SBN 324407)
cnevarez@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Attorneys Specially Appearing for*
*Defendant Bernhard Eugen Fritsch*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNHARD EUGEN FRITSCH<br><br>Defendants. | Case No. 2:17-cr-00520-DSF<br><br><br><br>**DECLARATION OF SURETY DAVID STOCKER IN SUPPORT OF MODIFICATION OF CONDITION OF RELEASE TO REDUCE AMOUNT OF SECURED APPEARANCE BOND** |

DECLARATION

## <u>DECLARATION OF DAVID STOCKER</u>

I, David Stocker, hereby declare as follows:

1.　　I am a surety for the defendant Bernhard Fritsch in the above-entitled action.

2.　　The surety bond is a $100,000 unsecured personal surety bond.

3.　　I have been advised that Mr. Fritsch has requested a modification of a condition of his release, namely to reduce the amount of his secured appearance bond secured by real property located in Malibu, California. I have also been provided with a copy of the *Notice of Motion and Motion for Order (I) Reducing Bond Amount and (II) Remitting Funds to Defendant for Purpose of Funding Legal Defense*, dated November 8, 2021.

4.　　I have no objection to the modification requested by Mr. Fritsch and will continue my role as a surety in this matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: November __29__, 2021　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　David Stocker

DECLARATION

John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Anthony R. Bisconti (SBN 269230)
tbisconti@bklwlaw.com
Carlos A. Nevarez (SBN 324407)
cnevarez@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Attorneys Specially Appearing for*
*Defendant Bernhard Eugen Fritsch*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-17-00520-DSF |
| Plaintiff, | |
| v. | **DECLARATION OF SURETY MARC MONTGOMERY IN SUPPORT OF MODIFICATION OF CONDITION OF RELEASE TO REDUCE AMOUNT OF SECURED APPEARANCE BOND** |
| BERNHARD EUGEN FRITSCH | |
| Defendants. | |

DECLARATION

# DECLARATION OF MARC MONTGOMERY

I, Marc Montgomery, hereby declare as follows:

1.      I am a surety for the defendant Bernhard Fritsch in the above-entitled action.

2.      The surety is a property bond in the amount of $134,129.07 for property located at 1064 Summit Ave., St. Paul, MN 55105.

3.      I have been advised that Mr. Fritsch has requested a modification of a condition of his release, namely to reduce the amount of his secured appearance bond secured by real property located in Malibu, California. I have also been provided with a copy of the *Notice of Motion and Motion for Order (I) Reducing Bond Amount and (II) Remitting Funds to Defendant for Purpose of Funding Legal Defense*, dated November 8, 2021.

4.      I have no objection to the modification requested by Mr. Fritsch and will continue my role as a surety in this matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: November 29, 2021

_____
Marc Montgomery

1
DECLARATION

John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Anthony R. Bisconti (SBN 269230)
tbisconti@bklwlaw.com
Carlos A. Nevarez (SBN 324407)
cnevarez@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Attorneys Specially Appearing for*
*Defendant Bernhard Eugen Fritsch*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-17-00520-DSF |
| Plaintiff, | |
| v. | **DECLARATION OF SURETY TERESA P. MONTGOMERY IN SUPPORT OF MODIFICATION OF CONDITION OF RELEASE TO REDUCE AMOUNT OF SECURED APPEARANCE BOND** |
| BERNHARD EUGEN FRITSCH | |
| Defendants. | |

DECLARATION

## DECLARATION OF TERESA P. MONTGOMERY

I, Teresa P. Montgomery, hereby declare as follows:

1.     I am a surety for the defendant Bernhard Fritsch in the above-entitled action.

2.     The surety is a property bond in the amount of $134,129.07 for property located at 1064 Summit Ave., St. Paul, MN 55105.

3.     I have been advised that Mr. Fritsch has requested a modification of a condition of his release, namely to reduce the amount of his secured appearance bond secured by real property located in Malibu, California. I have also been provided with a copy of the *Notice of Motion and Motion for Order (I) Reducing Bond Amount and (II) Remitting Funds to Defendant for Purpose of Funding Legal Defense*, dated November 8, 2021.

4.     I have no objection to the modification requested by Mr. Fritsch and will continue my role as a surety in this matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: November 29, 2021

_____
Teresa P. Montgomery

---

1

DECLARATION