**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　　　v.<br><br>BERNHARD EUGEN FRITSCH,<br>　　Defendant. | CR 17-520 DSF<br><br>ORDER DENYING MR. FRITSCH'S EX PARTE APPLICATION TO MODIFY THE CONDITIONS OF HIS BOND TO ATTEND HIS MOTHER'S FUNERAL AND RECEPTION IN GERMANY (Dkt. 228) |

Defendant Bernhard Eugen Fritsch asks the Court to modify the conditions of his bond so that he can attend his mother's funeral on August 26, 2022 and a reception on September 17, 2022. The government opposes the application. For the reasons stated by the government, the application is denied.

In addition, the Court notes that the conditions that led to a stipulation for Mr. Fritsch's release on bond and suggested to the magistrate judge that Mr. Fritsch that the flight risk was adequately mitigated no longer exist – if indeed they ever did. In any event, the factors that would have provided significant disincentive for Mr. Fritsch to flee have been significantly reduced. One or more sureties have been released, the method of location monitoring has been changed to alleviate alleged discomfort, and the value and availability of the real property provided as security is questionable.

As the Court expressed at a prior hearing, that Mr. Fritsch had previously been permitted to travel internationally without incident did not convince the Court that he is not a flight risk under the changed

conditions.  As the government notes, he is a citizen of Germany – a country that will not extradite him to the United States.

The Court offers condolences to Mr. Fritsch but, his mother is now deceased and it appears there are other family members who can "handle any necessary affairs."  Moreover, there are numerous ways to transact business and attend events remotely.

The Court finds that permitting travel to Germany would create an unacceptable degree of risk that Mr. Fritsch would not return to the United States as required.  The Ex Parte Application is DENIED.

IT IS SO ORDERED.

Date: August 22, 2022

Dale S. Fischer
United States District Judge

2