# Exhibit D

DRAFT TX.Recording UC meeting.FRITSCH_00026721 F2831628 1.38.04-1.47.05

BF:    Aggressively sign up more top brands, and I'll tell you why, because the more we do, these guys are getting very nervous.

[OV 01:38:12]

BF:    And that's where we are getting the bids from [UI 01:38:16]. That's, that's the game… You know?

UC:    That's the part I wanted to hear too. [Laughter]

[OV 01:38:23]

UM 2:  That's the strategy.

[OV 01:38:24]

BF:    There's a reason that Martin Sorrell invited me for a dinner, you know I mean? The guy hasn't talked to me for a year –

UC:    Yeah.

BF:    All of a sudden, you know. And I was in D.C. and I thought, okay, this is this is good because they're realizing this is not scalable, but this is it.

UC:    Right.

BF:    You need to, but the targeted audience is it.

UC:    Right.

BF:    But how can you scale it? [OV 01:38:44] And, look and this is the articles close the deal to sell this business right? And we're believing the more we sign with diagrams, the more we're teasing these guys, the better. And we have the inside of this Storer (ph), Storer is also doing business for all these ad agencies, and we have with them a deal… to sell the business to any of the ad agencies… at the right time. So we're- we're staging this –

UC:    Right, correct.

[OV 01:39:13]

BF:    Now.

UC:    So if not, listing is off the table, you're really looking at [OV 01:39:17], I mean I know –

[OV 01:39:19]

DRAFT TX.Recording UC meeting.FRITSCH_00026721 F2831628 1.38.04-1.47.05

UM 2:  I don't think they'll let you.

[Laughter 01:39:21]

UC:     I'd prefer this model anyway.

BF:     You know what? It's a safe bet.

UC:     Yeah.

BF:     And um, and the timing though is coming, so… wh- why not? Looking at it.

UC:     And what do you think that's – 'cause I guess one of my questions –

[OV 01:39:39]

BF:     Do you like this?

UM1:  Yeah. Yeah. What's not to like?

BF:     Okay. Say again.

UC:     Yeah, one of my questions is what's-you know, when do we think that horizon is? [OV 01:39:41] Like, is this money gonna give you enough runway? Are we going to bring on the staff?

[OV 01:39:50]

UC:     Is it gonna be enough runway to get there?

BF:     We-we're very focused on… As Charlie was saying, not throwing cash on something that doesn't make sense and not building a company that runs for a hundred years. We're very focused on triggering this.

UC:     Yeah.

BF:     In order to trigger this, you need to execute on the deals that we have and bring in a boat load of additional deals with good brands… that, these guys are getting nervous. Because we supposed to talk to WPP [UI 01:40:18] and Omnicom… but we don't. Cause the brands are coming directly to us because they're frustrated with them.

UM2:  Well they can't produce.

BF:     It's a big story.

UM1:  It is a big story.

DRAFT TX.Recording UC meeting.FRITSCH_00026721 F2831628 1.38.04-1.47.05

BF:     It's a big story.

UM2:  I mean it's printed. You can read it all day long.

[OV 01:40:29]

UC:     Yeah, Yeah.

UM2:  How unsatisfied all the ad agencies are.

BF:     That's what- if that's- to answer your question, the money gets us there.

UC:     Are we? If you're…CFO are meeting him later? Or?

JP:     I-I'll go through that, yeah. We- I have it all here.

UC:     What um… What's your burn right now?

BF:     Six-hundred twenty thousand.

UC:     And then, where are we expected to go when we bring on…

BF:     Hmm?

UC:     After this round, your burns may increase right? When we –

BF:     A good million, good million a month.

UC:     And how does that break out? We got… is this the only facility?

BF:     This the only facility we have –

UC:     Okay.

BF:     Um, actually now we have a second facility in Cologne, Germany.

UC:     Okay.

BF:     Where Storer is.

UC:     Okay.

BF:     Uh, we have uh –

UC:     That's owned or leased? Or…

DRAFT TX.Recording UC meeting.FRITSCH_00026721 F2831628 1.38.04-1.47.05

BF:    Huh?

UC:    Do we own that or lease it, or?

BF:    Uh, we wish we owned it

[Laughter 01:41:19]

BF:    We lease it uh, it's a six and a half thousand square feet, and it's twenty-two thousand a month.

UC:    Okay, Okay. And of the burn what's the comp piece like? Cause if you go to the whole thing [UI 1:41:29] right? So you gotta make sure you're happy. And, and the CFO I mean, is this the team? You could acquire or you looking to bring on anyone else, you feel like you got the people you need? Or what's the –

[OV 01:41:34]

BF:    We're bring on a- uh controller Le- Lesniak. That we have worked with for, he's amazing. And he has… uh… you know… you can look him up, he has been a super successful controller for a public company before, and uh, he's in his uh late fifties. Uh, we have brought in actually two in house uh, accountants and book keepers on- on that side. [OV 01:42:01] which is really needed. Um you know this- this company eh- you know needed a… big uh kick in the butt you know about six months ago where we had to- because we were in development.

UC:    Right.

BF:    And we were in R and D.

UC:    Yeah.

BF:    You know, now we're bringing to market and it's a whole different story. So the burn is gonna be uh-uh over a hundred, uh over a million a month. Um, and um you know with the uh… yeah plus- plus the –the German company which is another ninety thousand a month, so you know it's good million a month right?

UC:    Okay.

BF:    And um… and that really where- where- where things at, and we ramp it up from there. We add on the staff that I was telling you. We're putting in-in-in you wanna see it? [UI 01:42:39] Uh, we're- we're adding on that and we're –

DG:    How can we help you get brands to come in and- and listen to your pitch?

DRAFT TX.Recording UC meeting.FRITSCH_00026721 F2831628 1.38.04-1.47.05

BF:     To-to be honest with you… top level introductions. That's all we need. Seriously. Because we saw that the-the CEO's, the CEO's, there are many companies. Loved it so much they don't even introduce us to their marketing comp-uh- division. Because the marketing division blows the cash into Facebook, and Google, and they don't see any results. And high level introductions…ah-honestly, I don't want to be erh-ah ignorant. I don't even know if we need it. We- we need just people who go out there.

UM1:   Yeah.

UC:     Yeah.

BF:     Communi- Because, and-and-and-

 [OV 01:43:27]

UM2:   That, that's part of that [UI 01:43:27]

UM2:   The right people who have relationships already. We've been working up our own relationships.

[OV 01:43:33]

DG:     And remember we talked about uh, I know this a bit different but we always talked NHL, NBA, NFL, I mean.

UM:     Now, now you're in a different game, I mean.

DG:     Yeah.

BF:     You know the advertising dollars they spend elsewhere, they can start pumping into here.

DG:     Yeah.

[OV 01:43:49]

BF:     But this is where the money goes right? So it's also things like that where you know we have to train people, you know the hires, you know the-the influential procedures that I was saying on the um…for the brands and retailers, and advertisers. Uh that's a lot of development uh, that we're doing, and the vocalization, Chinese, Arab, French and so forth and so on. [UI 1:44:14] Android, iOS, mobile. So it's basically a big technology component and a-uh, human resource component infrastructure. This is- that's all we need.

DG:     How-how quickly do you think you're gonna get to revenues coming in the door.

BF:     It goes relatively fast as long as you- you have the deal, uh it's four weeks later.

DRAFT TX.Recording UC meeting.FRITSCH_00026721 F2831628 1.38.04-1.47.05

UC:     Okay.

BF:     It's four weeks later right? So you can do the math yourself. Uh, let's say you do whatever, four, five, or six uh different one, and four weeks later, boom. [OV 01:44:44] All you can get is the team in, and that's all [UI01:44:51], you know? You need the team to execute an [UI 01:44:54]. Does that make sense? [Pause]  Uh also we have uh Alan Yan on board. Do you know who that is? Uh, he's a board member here, um and uh you know, he is um, basically he built Ad China, and sold it to um, [OV 01:45:11] Alibaba for four billion. He was the CEO of [UI 01:45:14] in Beijing, as an MIT guy.

DG:     So, so he's actually officially joined now.

[OV 01:45:21]

DG:     Awesome.

[OV 01:45:23]

BF:     Are we signing up somebody that was on the top of Sony, uh, in the next day to be on the board.  So we're just backing off [UI 01:45:28]

UC:     Yeah.

BF:     And um, so that's that that, and this here is basically, Ian has- you know you know Ian. Ian has been amazing and Charlie is sitting here, and Ben and Ruben and I are working with his development arena, and then we add on, which is really important here now, Jeremy. Just [UI 01:45:45], which is really important in a controller. So that's that. Um –

UC:     So Bernhard you have skin in the game or you uh-

BF:     Me?

UC:     Yeah.

BF:     We have more than enough. Ten, ten million.

UC:     Okay. And you're taking salary too? I-I assume?

[OV: 01:46:07]

BF:     So-so what we're doing, we run this thing here. Ten thousand a month. Ten thousand a month, ten thousand a month, ten thousand a month. That- that's how it works. And it's sellable also to… break people, that used to take a million –

UC:     Yeah.

DRAFT TX.Recording UC meeting.FRITSCH_00026721 F2831628 1.38.04-1.47.05

BF:     A year. Uh it's not that we're – that they- these guys are excited about that, but, it's… you know it shows that we're really confident [UI 01:46:42]. Tough conversation.

[Laughter 01:46:47]

UC:     That got awkward, sorry.

[OV 01:46:51]

[UI 01:46:54]

BF:     Do you wanna see another market place that we, [UI 01:46:56] are you even interested in that?

UC:     Yeah.

BF:     So-so look here: that's another market place, where you see basically everybody, like is trying to do the same.