JOSEPH T. MCNALLY, Acting USA
LINDSEY GREER DOTSON, Criminal Chief
MONICA E. TAIT (Cal. Bar No. 157311)
312 N. Spring Street, 11th Floor; Los Angeles, CA 90012
(213) 894-2931; Monica.Tait@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America,<br><br>PLAINTIFF(S)<br>v.<br><br>Bernhard Eugen Fritsch,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 17-520 DSF<br><br>**NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

(1) Exhibit 10, Deposition of J.M.

**Reason:**

☐   Under Seal

☐   In Camera

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☑   Per Court order dated:   1/24/2025

☐   Other:

Per Court's Order filed at docket number 412 (page 2, Item 4).

| February 27, 2025 | /s/ Monica E. Tait |
|---|---|
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING