JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
SARAH S. LEE (Cal. Bar No. 311480)
JOSEPH DE LEON (Cal. Bar No. 313471)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931/7407/7280
    Facsimile: (213) 894-6269
    E-mail:    monica.tait@usdoj.gov
              sarah.lee@usdoj.gov
              joseph.de.leon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>BERNHARD EUGEN FRITSCH,<br><br>       Defendant. | No. CR 17-00520-DSF<br><br>GOVERNMENT'S STATEMENT OF THE CASE<br><br>Trial Date:  March 18, 2025<br>Time:       8:30 a.m.<br>Location:  Courtroom of the<br>             Hon. Dale S. Fischer |

    Plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Monica E. Tait, Sarah S. Lee, and Joseph De Leon, hereby submits its statement of the case for trial.

    The government has noted in the attached the single area of

disagreement between the parties regarding the attached statement.

Dated: March 17, 2025                Respectfully submitted,

                                     JOSEPH T. MCNALLY
                                     Acting United States Attorney

                                     LINDSEY GREER DOTSON
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                     _____/s/_____
                                     MONICA E. TAIT
                                     SARAH S. LEE
                                     JOSEPH DE LEON
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

2

**<u>Statement of the Case</u>**

The indictment charges defendant Bernhard Eugen Fritsch with two counts of wire fraud, in violation of 18 U.S.C. § 1343. The government alleges that Mr. Fritsch made false statements about the company he managed, StarClub Inc., with intent to defraud, to induce investments in the company.[1]

Mr. Fritsch denies the charges and has pleaded not guilty.

---

[1] The defense would change the last clause to, "to induce two investments in the company."