JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
SARAH S. LEE (Cal. Bar No. 311480)
JOSEPH DE LEON (Cal. Bar No. 313471)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931/7407/7280
    Facsimile: (213) 894-6269
    E-mail:   monica.tait@usdoj.gov
            sarah.lee@usdoj.gov
            joseph.de.leon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-00520-DSF |
|---|---|
| Plaintiff, | GOVERNMENT'S FIRST AMENDED EXHIBIT LIST |
| v. | Trial Date:  March 18, 2025 |
| BERNHARD EUGEN FRITSCH, | Time:      8:30 AM<br>Location:  Courtroom of the |
| Defendant. | Hon. Dale S. Fischer |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Monica E. Tait, Sarah S. Lee, and Joseph De Leon, hereby files its first amended exhibit list.

//

//

The government reserves the right to modify this list, including by removing or adding exhibits throughout the trial.

Dated: March 19, 2025                  Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
MONICA E. TAIT
SARAH S. LEE
JOSEPH DE LEON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**UNITED STATES v. BERNHARD EUGEN FRITSCH**

CR 17-00520-DSF

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 1 | Email chain dated from November 24, 2014 to November 26, 2014, including Bernhard Fritsch and Jorg Mohaupt, subject: Introduction StarClub/Access | 4/30/24 Depo. | 4/30/24 Depo. |
| 2 | Email chain dated December 8, 2014 between Bernhard Fritsch and Jorg Mohaupt, subject: strategy | 4/30/24 Depo. | 4/30/24 Depo. |
| 3 | Email dated December 21, 2014 from Bernhard Fritsch to Jorg Mohaupt, subject: Schedule call for Monday | | |
| 4 | Email chain dated December 23, 2014 between Bernhard Fritsch and Danny Guy, no subject | 4/30/24 Depo. | |
| 5 | Email chain dated February 4, 2015 including Bernhard Fritsch and Jorg Mohaupt, subject: Thursday | 4/30/24 Depo. | 4/30/24 Depo. |
| 6 | Email dated February 5, 2015 from Bernhard Fritsch to Jorg Mohaupt, copying Kim Fredericks, subject: List of things we talked about today | 4/30/24 Depo. | |
| 7 | Email chain dated from April 1, 2015 to April 12, 2015 including Bernhard Fritsch and Jorg Mohaupt, subject: next steps | 4/30/24 Depo. | 4/30/24 Depo. |
| 8 | Email dated April 20, 2015 from Bernhard Fritsch to Jorg Mohaupt, copying Kim Fredericks, subject: attached, and attachments (04192015 Securities Purchase Agreement [sic] – US$ 10.00 (Private Purchase)- 2.doc; Starclub Securities Purchase Ageement [sic] – US$ 8,50 – Jorg Mohaupt (1).DOC; Starclub Securities Purchase Ageement [sic] – US$ 8,50 – Jorg Mohaupt (1).DOC) | 4/30/24 Depo. | 4/30/24 Depo. |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 9 | Email dated April 21, 2015 from Bernhard Fritsch to Jorg Mohaupt, subject: Advisory Board, Jorg Mohaupt – Attached, and attachments (04-21-15 - 630 AM - Advisory Board Agreement - Jorg Mohaupt.doc; 04-21-15 – 630 AM - Option Agreement - Jorg Mohaupt.DOC) | | |
| 10 | Securities Purchase Agreement, dated April 23, 2015, signed H.S. Jorg Mohaupt | 4/30/24 Depo. | 4/30/24 Depo. |
| 11 | Email chain dated September 11, 2015 including Bernhard Fritsch and Jorg Mohaupt, subject: Starclub | 4/30/24 Depo. | 4/30/24 Depo. |
| 12 | Email dated September 24, 2015, from Bernhard Fritsch to Jorg Mohaupt, subject: About Spotify | | |
| 13 | **[WITHDRAWN]** Email chain dated October 21, 2015 between Bernhard Fritsch and Donna Roberts, subject: tomorrow Thursday, forwarding email chain between Bernhard Fritsch and Jorg Mohaupt | 4/30/24 Depo. | [with-drawn dkt.389] |
| 14 | Email chain dated from October 27, 2016 to October 30, 2016 between Bernhard Fritsch and Jorg Mohaupt, subject: various | 4/30/24 Depo. | 4/30/24 Depo. |
| 15 | Emails from Bernhard Fritsch to Jorg Mohaupt dated October 27, 2016 (subject: various) and February 13, 2017 (subject: connect) | | |
| 16 | Unsigned, undated Memorandum of Understanding between StarClub, Inc. and Spotify USA, Inc. | | |
| 17 | StarClub Presentation, Social BroadCast Network – monetization technology – Private & Confidential 2015 | 4/30/24 Depo. | 1/24/25 Dkt. 412 |
| 18 | Share Purchase Agreement, StarClub Inc. Common Stock, dated April 23, 2015, signed H. Jorg Mohaupt | 4/30/24 Depo. | 4/30/24 Depo. |
| 19 | Emails provided by Jorg Mohaupt on April 30, 2024 | 4/30/24 Depo. | [not offered] |
| 20 | StarClub Presentation provided by Jorg Mohaupt on April 30, 2024 | 4/30/24 Depo. | 1/24/25 Dkt. 412 |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 21 | **[WITHDRAWN]** Trial subpoena to Ian Cartwright for trial on October 1, 2024 – English version | | |
| 22 | **[WITHDRAWN]** Trial subpoena to Ian Cartwright for trial on October 1, 2024; Certificate of Service; Response from Cartwright – German | | |
| 23 | **[WITHDRAWN]** Report of Interview of Ian Cartwright on 09/20/2017 | | |
| 24 | **[WITHDRAWN]** Document re: StarClub/StarSite -w- Apple – Discussion Points, dated October 2015 | | |
| 25 | **[WITHDRAWN]** Document re: StarClub, dated October 2015 | | |
| 26 | **[WITHDRAWN]** Email chain dated October 9, 2015 including Bernhard Fritsch and Danny Guy, subject: StarClub – One Pager, attaching INTRO to STARCLUB – October 2015.pdf | | |
| 27 | **[WITHDRAWN]** Document re: Use of Proceeds | | |
| 28 | **[WITHDRAWN]** Presentation re: StarSite, dated May 2017 | | |
| 29 | **[WITHDRAWN]** Document re: Tech Products/Patents | | |
| 30 | **[WITHDRAWN]** Management Agreement, dated January 1, 2016, signed by Ian Cartwright | | |
| 31 | **[WITHDRAWN]** Waiver and Termination Agreement, dated April 23, 2015, signed by Ian Cartwright | | |

3

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 32 | **[WITHDRAWN]** Consultancy Agreement, First Amendment, dated August 23, 2013, signed by Ian Cartwright | | |
| 33 | **[WITHDRAWN]** US Mastertec, LLC, Profit & Loss Detail, January 1, through December 23, 2014 | | |
| 34 | **[WITHDRAWN]** Email chain dated from October 26, 2015 to November 5, 2015 including Bernhard Fritsch and Ian Cartwright, subject: StarClub w. WMG | | |
| 35 | **[WITHDRAWN]** Email chain dated April 25, 2016 including Mae Stemmann, Chris Barton, and Ian Cartwright, subject: Uncategorized Expenses | | |
| 36 | **[WITHDRAWN]** Receipt and invoice from Compass Point Beach Resort, Nassau, The Bahamas | | |
| 37 | **[WITHDRAWN]** Undated Starsite Presentation | | |
| 38-40 | [INTENTIONALLY BLANK] | | |
| 41 | Management Agreement, Gavin O'Reilly, September 16, 2015 | 10/15/24 Depo. | 10/15/24 Depo. |
| 42 | Non-ISO Stock Option Agreement, Gavin O'Reilly, September 16, 2015 | | |
| 43 | Email chain October 8, 2015, 9:29 AM to 10:23 AM, between Gavin O'Reilly, Bernhard Fritsch, and Kim Fredricks, re: Apple- One-Pager | 10/15/24 Depo. | 3/17/25 Dkt. 454 |
| 44 | Attachments to Gavin O'Reilly Email October 8, 2015: APPLEv3-10-07-2015.pages and PastedGraphic-2.pdf | 10/15/24 Depo. | 3/17/25 Dkt. 454 |
| 45 | Email chain October 8, 2015 9:35 PM to October 9, 2015 9:10 AM, between Gavin O'Reilly, Bernhard Fritsch, and Kim Fredricks, re: Question | 10/15/24 Depo. | 3/17/25 Dkt. 454 |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 46 | Email Gavin O'Reilly to Kim Fredricks, October 9, 2015 10:10 AM, re: print, and attachment, October_SC_Intro.pdf | 10/15/24 Depo. | 3/17/25 Dkt. 454 |
| 47 | GOR StarClub_Bertlesmann_100415 2.pdf (starclub & BERTELSMANN, Presentation October 5th, 2015) | | |
| 48 | Email Gavin O'Reilly to Bernhard Fritsch and Kim Fredricks, December 21, 2015, re: KEYNOTE VERSION For WME, and Attachment, StarClub -w-WME - Dec. 2015.key | 10/15/24 Depo. | 10/15/24 Depo. |
| 49 | Letter from Gavin O'Reilly to Bernhard Fritsch, December 24, 2015 | 10/15/24 Depo. | 10/15/24 Depo. |
| 50 | Email Bernhard Fritsch to Gavin O'Reilly, January 1, 2016 | | |
| 51 | Letter from Gavin O'Reilly to Bernhard Fritsch, February 11, 2016 | 10/15/24 Depo. | 10/15/24 Depo. |
| 52 | Letter from Bernhard Fritsch to Gavin O'Reilly, February 16, 2016, re: Termination Notification | 10/15/24 Depo. | 10/15/24 Depo. |
| 53 | Severance and Separation Agreement for Gavin O'Reilly, April 7, 2016, signed by Bernhard Fritsch April 8, 2016 | | |
| 54 | Emails and attachments from Gavin O'Reilly to USAO/FBI, September 21, 202 | 10/15/24 Depo., p. 62 only | 1/24/25 dkt. 411 p. 62 only |
| 55 | Interview of Gavin O'Reilly, September 19, 2024 | | |
| 56 | Interview of Gavin O'Reilly, December 14, 2016 | | |
| 57 | Interview of Gavin O'Reilly, July 20, 2017 | | |

5

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 58 | Email from Gavin O'Reilly to SA Austin, December 15, 2016, re: Fwd: Confidential \| Some provisional/personal observations - derived from GOR's time at SC | 10/15/24 Depo. | 3/17/25 Dkt. 454 |
| 59 | Email from Gavin O'Reilly to SA Austin, January 5, 2017, re: Bernhard Fritsch – StarClub – Voice Message | 10/15/24 Depo. | 1/24/25 dkt. 411 |
| 60 | Contacts with Gavin O'Reilly 2023-2024 | | |
| 61-79 | [INTENTIONALLY BLANK] | | |
| 80 | Transcript of Excerpts of J.M. Deposition **[PLACEHOLDER]** | | |
| 81 | Video of Excerpts of J.M. Deposition **[PLACEHOLDER]** | | |
| 82 | **[WITHDRAWN]** Transcript and Translation of Excerpts of Cartwright Deposition **[PLACEHOLDER]** | | |
| 83 | **[WITHDRAWN]** Video of Excerpts of Cartwright Deposition **[PLACEHOLDER]** | | |
| 84 | **[WITHDRAWN]** Certificate of Translation for Cartwright Deposition **[PLACEHOLDER]** | | |
| 85 | Transcript of Excerpts of O'Reilly Deposition | | |
| 86 | Video of Excerpts of O'Reilly Deposition | | |
| 87 | Transcript of Excerpts of Fritsch Interview **[PLACEHOLDER]** | | |
| 88 | Audio Recording of Excerpts of Fritsch Interview **[PLACEHOLDER]** | | |
| 89-99 | [INTENTIONALLY BLANK] | | |
| 100 | Email chain, June 30, 2017, Daniel Guy to FBI Gregory Austin, fwd: 2 mil starclub swift details | | |
| 101 | January 17, 2014 wire, $2,000,000, Credit Suisse to Fidelity clearing Canada | | |
| 102 | Email chain, June 29, 2017, Daniel Guy to FBI Gregory Austin, forward: 500 K wire to Byron for Starclub | | |

6

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 103 | Wire Payment Maintenance, January 22, 2014 wire, $500,000, from Harrington Global to beneficiary Fidelity clearing Canada | | |
| 104 | Email chain ending May 25, 2014, between Bernhard Fritsch and Daniel Guy, re: Danny Guy | | |
| 105 | Email chain, June 29, 2017, Daniel Guy to FBI Gregory Austin, fwd: wire $4,113,009.80 starclub | | |
| 106 | Wire Payment Maintenance, June 26, 2014, $4,113,009.80, from Harrington Global to beneficiary: Salman Partners Inc. | | |
| 107 | Email chain, July 11, 2014, between Bernhard Fritsch and Daniel Guy, re: Confidential | | |
| 108 | Email chain, July 18, 2014, between Bernhard Fritsch and Daniel Guy, re: [subject line blank] | | |
| 109 | Email chain, July 18, 2014, between Bernhard Fritsch and Daniel Guy, re: update | | |
| 110 | Email chain, July 27-29, 2014, between Bernhard Fritsch and Daniel Guy, re: [subject line blank] | | |
| 111 | Email chain, August 1, 2014, between Bernhard Fritsch and Daniel Guy, re: update | | |
| 112 | Email chain, August 1, 2014, between Bernhard Fritsch and Daniel Guy, re: Update | | |
| 113 | Email chain, August 10, 2014, between Bernhard Fritsch and Daniel Guy, re: [subject line blank] | | |
| 114 | Email chain, August 12, 2014, between Bernhard Fritsch and Daniel Guy, re: 5:30pm EST Conference Call:  Bernhard Fritsch (StarClub) & Aaron Siegel (Goldman Investment Bank) | | |
| 115 | Email chain, August 15, 2014, between Bernhard Fritsch and Daniel Guy, re: DISNEY - CONFIDENTIAL! | | |
| 116 | Email chain, August 15, 2014, between Bernhard Fritsch and Daniel Guy, re: DISNEY - CONFIDENTIAL! | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 117 | Email chain, August 20-21, 2014, between Bernhard Fritsch and Daniel Guy, re: [subject line blank] | | |
| 118 | Email chain, November 26-27, 2014, between Bernhard Fritsch and Daniel Guy, re: [subject line blank] | | |
| 119 | Email dated November 26, 2014 from Bernhard Fritsch to Daniel Guy and others, and attachments (term sheet, Executive summary, subscription docs, Investor presentation) | | |
| 120 | Email chain, December 7, 2014 between Bernhard Fritsch and Daniel Guy re: [subject line blank] | | |
| 121 | Email chain, December 8, 2014 between Bernhard Fritsch and Daniel Guy re: confidential update - please do not circulate - THANK YOU! | | |
| 122 | Email chain, December 8-9, 2014 between Bernhard Fritsch and Daniel Guy re: confidential update - please do not circulate - THANK YOU! | | |
| 123 | Email chain, December 16, 2014 between Bernhard Fritsch and Daniel Guy re: Thank you! | | |
| 124 | Email chain, December 16, 2014, between Bernhard Fritsch, Renata Punwasee, and others re: Salida settlement | | |
| 125 | Email chain, December 23, 2014 between Bernhard Fritsch and Daniel Guy re: [subject line blank] | | |
| 126 | Email chain, January 23, 2015 between Bernhard Fritsch and Daniel Guy re: [subject line blank] | | |
| 127 | Email chain, January 27, 2015 between Bernhard Fritsch and Daniel Guy re: US $10 MM raise for StarClub Inc. | | |
| 128 | Email chain, February 2, 2015 between Bernhard Fritsch and Daniel Guy re: [subject line blank] | | |
| 129 | Email chain, February 2, 2015 between Bernhard Fritsch and Daniel Guy re: our call | | |

8

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 130 | Email chain, February 10, 2015 between Bernhard Fritsch and Daniel Guy re: [subject line blank] | | |
| 131 | Email chain, March 6-7, 2015 between Bernhard Fritsch and Daniel Guy re: [subject line blank] | | |
| 132 | Email chain, April 3-5, 2015 between Bernhard Fritsch and Daniel Guy re: Various | | |
| 133 | Email chain April 19, 2015 between Bernhard Fritsch and Daniel Guy re: [subject line blank] | | |
| 134 | Email chain, May 5-6, 2015 between Bernhard Fritsch and Daniel Guy re: [subject line blank] | | |
| 135 | Email chain June 29-30, 2015 between Bernhard Fritsch and Daniel Guy re: Let me know you received this | | |
| 136 | Email chain, July 3, 2015 between Bernhard Fritsch and Daniel Guy re: [subject line blank] | | |
| 137 | Email chain, July 14, 2015 between Bernhard Fritsch and Daniel Guy re: update | | |
| 138 | Email chain, August 6, 2015 between Bernhard Fritsch and Daniel Guy, David Cohen re: [subject line blank] | | |
| 139 | Email August 12, 2025 from Bernhard Fritsch to Daniel Guy, re: attached, and attachment (partial) | | |
| 140 | Email chain, October 1, 2015, between Bernhard Fritsch and Daniel Guy re: as discussed yesterday.. | | |
| 141 | Email chain, October 9, 2015, Between Bernhard Fritsch and Daniel Guy, re: StarClub - One Pager, and attachment | | |
| 142 | Email November 4, 2015 from Bernhard Fritsch to Daniel Guy, re: today | | |
| 143 | Email November 17, 2015 from Bernhard Fritsch to Daniel Guy, re: attached, and attachments (convertible debenture, Investor warrant, Unit Purchase Agreement) | | |

9

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 144 | Email chain November 24, 2015 between Bernhard Fritsch and Daniel Guy, cc James Polsen, re: [subject line blank] | | |
| 145 | Email chain December 3, 2015, between Bernhard Fritsch and Daniel Guy, re: [subject line blank] | | |
| 146 | Email December 10, 2015 from Bernhard Fritsch to Daniel Guy, cc: James Polsen and Kim Fredricks, re: StarClub Cap Table, and attachments | | |
| 147 | Email chain December 15, 2015 between Bernhard Fritsch, Ian Mann, and Daniel Guy re: Fwd: StarClub Subscription Documents Ian Mann | | |
| 148 | Email chain December 15, 2015 between James Polsen and Ian Mann, cc'ing Bernhard Fritsch and Daniel Guy, re: Wire Instructions - StarClub, Inc. - Chase.pdf, and attachment | | |
| 149 | Email January 11, 2016 from Bernhard Fritsch to Daniel Guy, cc: Kim Fredricks, re: Next week | | |
| 150 | Email chain January 13, 2016 between Bernhard Fritsch and Daniel Guy, re: update | | |
| 151 | Email January 16, 2016 from Bernhard Fritsch to Daniel Guy, cc: Kim Fredricks re: this coming week - preliminary schedule | | |
| 152 | Email chain January 18, 2016 between Bernhard Fritsch and Daniel Guy, cc: Kim Fredricks, re: [subject line blank] | | |
| 153 | Email January 19, 2016 from Bernhard Fritsch to Daniel Guy, cc: Kim Fredricks, re: Kings Tickets PDF, attaching Hockey Tickets .pdf | | |
| 154 | Email chain January 19, 2016 between Bernhard Fritsch to Daniel Guy, cc: Kim Fredricks and James Polsen, re: Some thoughts and follow up questions. | | |
| 155 | Email chain January 19, 2016 between James Polsen and Danny Guy, cc: Bernhard Fritsch, re: Some thoughts and follow up questions - Point of Note | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 156 | Email chain January 19, 2016, between Bernhard Fritsch and Daniel Guy, re: today | | |
| 157 | Email January 22, 2016 from Bernhard Fritsch to Daniel Guy, re: StarClub | | |
| 158 | Email chain January 19, 2016 to January 24, 2016, between Daniel Guy, Teddi Aucker (Goldman Sachs Merchant Banking Division) re: Intro to StarClub - Jan. 2016 | | |
| 159 | Email chain January 30, 2015 between Bernhard Fritsch and Daniel Guy, re: [subject line blank] | | |
| 160 | Email chain January 29-31, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 161 | Email chain February 21-22, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 162 | Email chain February 24, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 163 | Email chain February 26-27, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 164 | Email chain March 2, 2016 between Bernhard Fritsch and Daniel Guy, re: Confidential Attached, and attachments Spotify-StarClub Eco System.pdf, StarClub-Spotify 2-26-16.pdf | | |
| 165 | Email chain March 24, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 166 | Email chain April 4-5, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 167 | Email chain April 7, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 168 | Email chain April 14, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 169 | Email chain April 19-21, 2016 between James Polsen and Daniel Guy, re: Audited Financials, Point of note | | |

11

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 170 | Email April 25, 2016 from Bernhard Fritsch to Daniel Guy, re: confidential attached, and attachment Spotify-4-25-16-450pm.pdf | | |
| 171 | Email April 25, 2016 from Bernhard Fritsch to Daniel Guy, re: confidential attached, and attachment Spotify-4-25-16-450pm.pdf | | |
| 172 | Email chain April 26, 2016 between Bernhard Fritsch and Daniel Guy, no subject line | | |
| 173 | Email chain June 9-11, 2016 between James Polsen and Daniel Guy, Audited Financials - Point of Note, and attachments (12-31-13 StarClub Financials -2013 - FINAL.xls; 12-31-14 - StarClub Financials - 2014 - FINAL.xls | | |
| 174 | Email chain June 2016 and August 2016, Daniel Guy and Ian Mann, enclosing James Polsen email chain June 9-11, 2016 re Audited Financials - Point of note | | |
| 175 | Email from Daniel Guy August 2, 2016, Re: Audited Financials. | | |
| 176 | Email chain August 3, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 177 | Email chain August 4, 2016 between Bernhard Fritsch, James Polsen, and Daniel Guy re: [blank subject line] | | |
| 178 | Email chain August 9, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 179 | Email chain August 10-11, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 180 | Email chain August 30, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 181 | Email chain September 2-4, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 182 | Email chain September 8, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |

12

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 183 | Email chain November 3, 2016 between Bernhard Fritsch and Daniel Guy, cc: James Polsen and Ian Mann, re: [blank subject line] | | |
| 184 | Email chain November 13-14, 2016 between Bernhard Fritsch and Daniel Guy, re: [blank subject line] | | |
| 185 | Email chain November 21, 2016 between Bernhard Fritsch and Daniel Guy, cc: James Polsen and Kim Fredricks, re: [blank subject line] | | |
| 186 | Email chain November 2, 2016 Between Bernhard Fritsch and Daniel Guy, cc: Ian Mann, re: NY | | |
| 187 | Email December 14, 2016 from Daniel Guy to FBI SA Gregory Austin, Fwd: Starclub Cost summary and sub docs, Forwarding Ian Clark email | | |
| 188 | Spreadsheet, Starclub cost updated.pdf | | |
| 189 | Salman Partners Inc., confirmation 42,150 SC shares settlement May 8, 2015 for $251,635.50 USD; and 110,457 WT April 17, 2015 for $55,509.67 CAD | | |
| 190 | Share Purchase Agreement between Harrington Global Opportunities Fund and Tim Sorensen (42 1A10 Share Purchase Agreement TS) | | |
| 191 | StarClub subscription agreement, Salida Strategic Growth Fund, executed on January 16, 2014, for the purchase of 500 units and an aggregate subscription amount of $500,000 (File Name: "500_12% Conv + 35,000 common Executed sub.pdf") | | |
| 192 | StarClub subscription agreement, Salida Accelerator Fund SARL, executed on January 16, 2014, for the purchase of 2,000 units and an aggregate subscription amount of $2,000,000 (File Name: "2,000_12% Conv + 140,000 common Executed sub doc.pdf") | | |

13

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 193 | StarClub subscription agreement, Salida Strategic Growth Fund SARL, with a requested execution date of June 23, 2014, for the purchase of 62,589 units and an aggregate subscription amount of $237,838.20, (File Name: "SG SARL 62,589.pdf") | | |
| 194 | StarClub subscription agreement, Salida Strategic Growth Fund SARL, with a requested execution date of June 23, 2014, for the purchase of 1,082,371 units and an aggregate subscription amount of $4,113,009.80 (File Name: "Starclub Buy_SGSARL_1,082,371_ Executed Sub Agreement.pdf") | | |
| 195 | Securities Purchase Agreement, Harrington Global Opportunities Fund SARL, executed January 30, 2015, for the purchase of 823,530 shares at a price of $8.50 per share (File Name: "823,530 + 352,941 adj shares executed.pdf") | | |
| 196 | Unit Purchase Agreement, Harrington Global Opportunities Fund SARL, dated November 20, 2015, for an investment amount of $6,000,000 (File Name: "6,000,000 8% conv starclub.pdf") | | |
| 197 | Unexecuted copy of StarClub Stock Purchase Agreement, Salida, dated December 10, 2014, for the purchase of 565,153 shares and 282,577 warrants for an aggregate price of $2,797,504, (File Name: "Starclub 565,153 shs executed final.pdf") | | |
| 198 | Spreadsheet of purchases via Derrick Snowdy | | |
| 199 | Forwarded emails from Credit Suisse re Harrington Global wires | | |
| 200 | Wire confirmations $7mm Harrington Global wire | | |
| 201 | Email chain October 9, 2015 between Bernhard Fritsch and Daniel Guy, re: StarClub - One Pager and attachment INTRO to STARCLUB - October 2015.pdf | | |

14

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 202 | Email March 2, 2016 from Bernhard Fritsch and Daniel Guy, re: Confidential attached, and attachments Spotify-StarClub Eco System.pdf, StarClub-Spotify 2-26-16.pdf | | |
| 203 | Email August 13, 2015, Daniel Guy forwarding Bernhard Fritsch email to Guy Dated August 13, 2015 re: attached, and attachments SC_FinancialPresentation_081215 540PM.pdf; StarClub RocNation Outline 8-12-15.pdf | | |
| 204 | July 10, 2014 Letter agreement, StarClub Inc. and Salman Partners, Inc., regarding Salida 70,000 Unit Subscription and Set-Off Agreement re Sabre Graphite Corp. advisory and consulting | | |
| 205 | November 18, 2014 press release, Sabre Graphite Corp. Terminates Acquisition of StarClub, Inc. | | |
| 206 | Summary Chart:  SALIDA + HARRINGTON - CASH PAID TO STARCLUB | | |
| 207-249 | [INTENTIONALLY BLANK] | | |
| 250 | Chain of Custody, 1B7 iPhone | | |
| 251 | Chain of Custody, 1B8 MacBook Pro | | |
| 252 | Chain of Custody, 1B46 | | |
| 253 | Chain of Custody, 1B50 | | |
| 254 | Collected Item log, 1B items, Collected from StarClub and US Mastertec August 2, 2017 | | |
| 255 | Collected item log, Electronic evidence, StarClub and US Mastertec August 2, 2017 | | |
| 256 | Photos of Mercedes ML350 | | |
| 257 | Photos of McLaren | | |
| 258 | Photos of Rolls Royce | | |
| 259 | Receipts for Property Seized, August 2, 2017 | | |
| 260 | Sketch of interior of 228 Santa Monica Blvd, Santa Monica, CA 90401, August 2, 2017 | | |
| 261 | March 13, 2017 Email from Ian Mann with Attachment: StarClub Pitch Document 2015.pdf | | |

15

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 262 | Photos of Madame Musique from Ian Cartwright | | |
| 263 | Property Receipts for Items Seized from StarClub | | |
| 264-299 | [INTENTIONALLY BLANK] | | |
| 300 | Signature Page StarClub Chase 7995 | | |
| 301 | Bank Records from January 1 2014 to December 30 2016 StarClub Chase 7995 | | |
| 301E | Excerpts from StarClub 7995 Chase Bank Statement, January 2014, January 2015, and January 2016 | | |
| 302 | Bank Records from December 31 2016 to May 2017 StarClub Chase 7995 | | |
| 303 | Bank Records from April 2017 to July 2017 StarClub Chase 7995 | | |
| 304 | SIGNATURE CARDS StarClub Chase 6339 | | |
| 305 | Bank Records from January 2014 TO December 2016 StarClub Chase 6339 | | |
| 305E | Excerpt from StarClub Chase 6339, January 2014 | | |
| 306 | Bank Records from December 31 2016 to May 31 2017 StarClub Chase 6339 | | |
| 306E | Excerpt from StarClub Chase 6339, December 2016 to January 2017 | | |
| 307 | Bank Records from April 29 2017 to June 30 2017 Starclub Chase 6339 | | |
| 307E | Excerpt from StarClub Chase 6339, April 2017 to May 2017 | | |
| 308 | Signature Card StarClub Chase 8398 | | |
| 309 | Bank Records from January 1 2014 to December 30 2016 StarClub Chase 8398 | | |
| 309E | Excerpt from StarClub Chase 8398, January 2014 | | |
| 310 | Bank Records from December 31 2016 to May 31 2017 StarClub Chase 8398 | | |
| 311 | Bank Records from April 29 2017 to June 30 2017 StarClub Chase 8398 | | |
| 312 | Signature Page StarClub Chase 9717 | | |
| 313 | Bank Records from January 1 2014 to December 30 2016 StarClub Chase 9717 | | |

16

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 313E | Excerpt from StarClub Chase 9717, January 2014 | | |
| 314 | Bank Records from December 31 2016 to May 31 2017 StarClub Chase 9717 | | |
| 315 | Bank Records from April 29 2017 to June 2017 StarClub Chase 9717 | | |
| 316 | Signature Cards US Mastertec LLC 3199 | | |
| 317 | Bank Records from January 1 2014 to April 28 2017 US Mastertec LLC 3199 | | |
| 317E | Excerpt from US Mastertec LLC 3199, January 2014 | | |
| 318 | Bank Records from April 29 2017 to July 2017 Chase US Mastertec Chase 3199 | | |
| 319 | Bank Records from August 4 2014 to March 31 2017 COMERICA US Mastertec Inc 9358 | | |
| 319E | Excerpt from COMERICA US Mastertec Inc 9358, August 2014 | | |
| 320 | Signature Cards Greenwich Music Inc Chase 4865 | | |
| 321 | Bank Records from January 1 2014 to December 30 2016 Greenwich Music Inc Chase 4865 | | |
| 321E | Excerpt from Greenwich Music Inc Chase 4865, January 2014 | | |
| 322 | Bank Records from December 31 2016 to May 31 2017 Greenwich Music Inc Chase 4865 | | |
| 323 | [INTENTIONALLY BLANK] | | |
| 324 | Bank Records from January 1 2014 to February 28 2017 Wells Fargo RAMBLA 7568 | | |
| 324E | Excerpt from Wells Fargo RAMBLA 7568, January 2014 | | |
| 325 | Bank Records from March 1 to March 31 2017 Wells Fargo RAMBLA 7568 | | |
| 326 | Bank Records from July 1, 2017, through July 31, 2017 Wells Fargo RAMBLA 7568 | | |
| 327 | Bank Records from April 1, 2017, through June 30, 2017 Wells Fargo RAMBLA 7568 | | |

17

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 328 | Checks from January 1 2014 to January 26 2016 Wells Fargo RAMBLA 7568 | | |
| 328E | Excerpt (28 checks) from Wells Fargo Bank records for Rambla Pacifico 7568 (including to Mederos, Lisa Short, 877 E Broadway LLC) | | |
| 329 | Checks from January 26 2016 to March 2017 Wells Fargo RAMBLA 7568 | | |
| 330 | Checks for the period April 2017, through July 2017 Wells Fargo RAMBLA 7568 | | |
| 331 | Financial records for Wells Fargo RAMBLA 7568 | | |
| 332 | Financial records for Wells Fargo Ramblas 7568 | | |
| 333 | Wire records for the period April 13, 2017, through July 17, 2017 Wells Fargo RAMBLA 7568 | | |
| 334 | [INTENTIONALLY BLANK] | | |
| 335 | Bank Records from January 1 2014 to April 2014 Wells Fargo RAMBLA 6313 | | |
| 336 | Checks from January 6 2014 to February 27 2014 Wells Fargo RAMBLA 6313 | | |
| 337 | Wells Fargo RAMBLA 6313 Deposits | | |
| 338 | Wells Fargo RAMBLA 6313 Checks | | |
| 339 | [INTENTIONALLY BLANK] | | |
| 340 | Bank Records from February 24, 2014, through March 22, 2017 Wells Fargo RAMBLA 6377 | | |
| 340E | Excerpt from Wells Fargo RAMBLA 6377, February 2014 | | |
| 341 | Bank Records from March 23, 2017, through April 24, 2017 Wells Fargo RAMBLAS 6377 | | |
| 342 | Bank Records from March 23, 2017, through July 25, 2017 Wells Fargo RAMBLAS 6377 | | |
| 343 | checks for the period March 12, 2014, through March 9, 2017 Wells Fargo RAMBLAS 6377 | | |
| 344 | checks for the period March 27, 2017, through July 11, 2017 Wells Fargo RAMBLAS 6377 | | |

18

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 345 | wire records April 13, 2017, through July 11, 2017 Wells Fargo RAMBLAS 6377 | | |
| 346 | Wells Fargo RAMBLAS 6377 Deposit | | |
| 347 | [INTENTIONALLY BLANK] | | |
| 348 | Signature Card 3229 RAMBLA PACIFCIO CHASE 6803 | | |
| 349 | Bank Records from May 19, 2014 to Dec 30 2016 3229 RAMBLA PACIFCIO CHASE 6803 | | |
| 349E | Excerpt from 3229 RAMBLA PACIFICO CHASE 6803, May 2014 | | |
| 350 | Bank Records from December 31, 2016 to May 31 2017 3229 RAMBLA PACIFCIO CHASE 6803 | | |
| 351 | Bank Records from April 29 2017 to June 30 2017 3229 Rambla Pacifico Chase 6803 | | |
| 352 | Bank Records for DER HUT LLC Chase Account Ending IN 6241 | | |
| 352E | Excerpt from DER HUT LLC Chase Account Ending in 6241, January 2014 | | |
| 353 | Signature Pages LBG Enterprises Inc Chase 4865 | | |
| 354 | Bank Records from January 2014 to December 2016 LBG Enterprises Inc Chase 4865 | | |
| 354E | Excerpt from LBG Enterprises Inc Chase 4865, January 2014 | | |
| 355 | Bank Records from January 2017 to May 2017 Chase LBG Enterprises Inc 4865 | | |
| 356 | Bank Records from April 2017 to June 2017 Chase LBG Enterprises Inc 4865 | | |
| 357 | Bank Records from Chase Starsite Inc. 2076 October 2016 to December 2016 | | |
| 358 | Bank Records from Chase Starsite Inc. 2076 December 31 2016 to July 2017 | | |
| 359 | Records from American Express STAR CLUB LTD ending 61000 | | |

19

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 359E | Excerpt from American Express records for Star Club Ltd. Account ending 6-61000 (April 21, 2014 and January 22, 2016 statements) | | |
| 360 | Records from American Express Account Star Club Ltd ending in 6-62008 June 21 2016 to Jan 22 2017 | | |
| 360E | Excerpt from American Express Account Star Club Ltd. Ending in 6-62008, June 2016 | | |
| 361 | Records from American Express Account Star Club Ltd ending in 6-3006 Jan 2017 to Feb 19 2017 | | |
| 362 | Records from December 2013 to June 2015 American Express Greenwich Music Inc 132005 | | |
| 362E | Excerpt from American Express Greenwich Music Inc 132005, December 2013 to January 2014; May 2015 to June 2015 | | |
| 363 | Records from June 2015 to Jan 10 2017 American Express Greenwich Music Inc ending 132005 | | |
| 363E | Excerpt from American Express Greenwich Music Inc ending 132005, June 2015 to July 2015, October 2016, December 2016 to January 2017 | | |
| 364 | [INTENTIONALLY BLANK] | | |
| 365 | Records from Jan 2017 to Feb 2017 American Express Greenwich Music Inc 33003 | | |
| 366 | Records from February 2016 to February 2017 American Express Greenwich Music Inc ending in 61004 | | |
| 366E | Excerpt from American Express Greenwich Music Inc ending in 61004, February 2016 to March 2016, August 2016 | | |
| 367 | Records from American Express Greenwich Music Inc 51003, closing date January 12, 2014 | | |
| 368 | Records from April 2014 to January 2017 Chase Greenwich Music 6575 | | |
| 368E | Excerpt from Chase Greenwich Music 6575, April 2014 to May 2014, June 2016 to July 2016 | | |
| 369 | [INTENTIONALLY BLANK] | | |

20

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 370 | Bank Records for StarClub Chase 7995 from May 2013 to Dec 2013 | | |
| 371 | Bank Records for StarClub Chase 6339 from May 2013 to December 2016 | | |
| 372 | Bank Records for StarClub Chase 8398 from November 2013 to December 2013 | | |
| 373 | Bank Records for StarClub Chase 9717 from October 2013 to December 2013 | | |
| 374 | Bank Records for US Mastertec LLC 3199 from December 2011 to December 2013 | | |
| 375 | Bank Records for Greenwich Music Inc Chase 4865 from December 2011 through December 2013 | | |
| 376 | Bank Records for Wells Fargo RAMBLA 7568 from January 1 2012 to December 2013 | | |
| 377 | Bank Records for Wells Fargo RAMBLA 6313 from January 2012 to Dec 2013 | | |
| 378 | Bank Records for LBG Enterprise Inc 4865 from Dec 2011 to Dec 2013 | | |
| 379 | Records for American Express Greenwich Music Inc 132005 | | |
| 380 | Records for American Express Greenwich Music Inc 132005 | | |
| 381 | City National Bank Starclub Inc 8533, Business Account Agreement | | |
| 382 | City National Bank Starclub Inc 8533, July 2017 Statement | | |
| 383 | City National Bank Starclub Inc 8576, Business Account Agreement | | |
| 384 | City National Bank Starclub Inc 8576, July 2017 Statement | | |
| 385 | Bank Records from January 1 2014 to May 4 2017 for US Mastertec LLC 3199 [WITH CHECKS] | | |
| 385E | Excerpt (21 checks to George Mederos) from Chase records for US Mastertec LLC 3199 | | |
| 386-399 | [INTENTIONALLY BLANK] | | |
| 400 | Declaration of Custodian Certifying Business Records Comerica Bank_FRTISCH_00004691-FRITSCH_00005214 | | |

21

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 401 | JP Morgan Chase Bank, N.A.'s Business Record Certification_FRITSCH_00005222-FRITSCH_00005599 | | |
| 402 | JP Morgan Chase Bank, N.A.'s Business Record Certification_FRITSCH_00005603-FRITSCH_00011651 | | |
| 403 | Wells Fargo N.A. Business Records Certification_FRITSCH_00012013-FRITSCH_00012104 | | |
| 404 | Wells Fargo N.A. Certification_FRITSCH_00012106-FRITSCH_00013401 | | |
| 405 | Wells Fargo N.A. Business Records Certification_FRITSCH_00013404-FRITsCH_00014048 | | |
| 406 | Chase Bank USA N.A. Certification_FRITSCH_00016227-FRITSCH_00016574 | | |
| 407 | JPMorgan Chase Bank N.A. Certification_FRITSCH_00016577-FRITSCH_00016971 | | |
| 408 | JPMorgan Chase Bank N.A. Certification_FRITSCH_00021860-FRITSCH_00023767 | | |
| 409 | Wells Fargo N.A. Business Records Certification_FRITSCH_00023768-FRITSCH_00023808; FRITSCH_00023811-FRITSCH_00023861 | | |
| 410 | JPMorgan Chase Bank N.A. Certification_FRITSCH_00039806-FRITSCH_00039873 | | |
| 411 | Declaration of Custodian Certifying Business Records American Express_FRITSCH_00000584-FRITSCH_00000421 | | |
| 412 | Declaration of Custodian of Records Equifax Information Services LLC_FRITSCH_00000107-FRITSCH_00000126 | | |
| 413 | Declaration of Custodian of Records Equifax Information Services LLC_FRITSCH_00000129-FRITSCH_00000178 | | |
| 414 | Certification Trans Union LLC_FRITSCH_00000179-FRITSCH_00000213 | | |

22

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 415 | Declaration of Custodian Certifying Business Records Comerica Bank_FRITSCH_00004245-FRITSCH_00004686 | | |
| 416 | JP Moran Chase Bank, N.A.'s Business Record Certification_FRITSCH_00011658-FRITSCH_00012011 | | |
| 417 | JP Moran Chase Bank, N.A.'s Business Record Certification_FRITSCH_00014808-FRTISCH_00015071 | | |
| 418 | NBCUniversal Media, LLC Declaration of Custodian Certifying Business Records | | |
| 419 | Declaration As To Business Records City National Bank_FRITSCH_00016974-FRITSCH_00016998 | | |
| 420 | JP Morgan Chase Bank, N.A.'s Business Record Certification_FRITSCH_00017027-FRITSCH_00017404 | | |
| 421 | McLaren Scottsdale Declaration of Custodian Certifying Business Record_FRITSCH_00021627-FRITSCH_00021672 | | |
| 422 | Rusnak/Pasadena Declaration of Custodian Certifying Business Record_FRITSCH_00021790-FRITSCH_00021829 | | |
| 423 | PayChex Inc. Declaration of Custodian Certifying Business Record_FRITSCH_00023864-FRITSCH_00023976 | | |
| 424 | Rusnak Arcadia Declaration of Custodian Certifying Business Record_FRITSCH_00023979-FRITSCH_00024072 | | |
| 425 | MDC Los Angeles Declaration of Custodian Certifying Business Record_FRITSCH_00034840-FRITSCH_00034871 | | |
| 426 | Federal Bureau of Prisons_Declaration of Custodian Certifying Business Record_FRITSCH_00034878 | | |

23

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 427 | JPMorgan Chase Bank NA_Certification_FRITSCH_00036226-FRITSCH_00036358 | | |
| 428 | Mercedes-Benz Financial Services USA LLC Certificate of Authenticity of Business Records_FRITSCH_00036583-FRITSCH_00036596 | | |
| 429 | WF Business Records Declaration_FRITSCH_00036605-FRITSCH_00036718; FRITSCH_00036721-FRITSCH_00037212 | | |
| 430 | Wright Brothers Aircraft Title, Inc. Declaration of Custodian Certifying Business Record_FRITSCH_00037215-FRITSCH_00037220; FRITSCH_00037228-FRITSCH_00037282 | | |
| 431 | Declaration of Authenticity of Business Records The Clearing House Payments Company L.L.C._FRITSCH_00038066-FRITSCH_00038070; FRITSCH_00038074-38077 | | |
| 432 | Bradford Marine, Inc. Declaration of Custodian Certifying Business Record_FRITSCH_00038097-FRITSCH_00038367 | | |
| 433 | Broward Shipyard Inc._Declaration of Custodian Certifying Business Record_FRITSCH_00038368-FRITSCH_00038385 | | |
| 434 | IK Yacht Design Declaration of Custodian Certifying Business Record_FRITSCH_00038390-FRITSCH_00038392 | | |
| 435 | Capitol Marine Ind. Declaration of Custodian Certifying Business Record_FRITSCH_00038395-FRITSCH_00038408 | | |
| 436 | Inflatable Services Inc. Declaration of Custodian Certifying Business Record_FRITSCH_00038434-FRITSCH_00038437 | | |
| 437 | Lewis Marine Supply Declaration of Custodian Certifying Business Record_FRITSCH_00038440-FRITSCH_00038441 | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 438 | Sam's Marine Int'l Declaration of Custodian Certifying Business Record_FRITSCH_00038444-FRITSCH_00038460 | | |
| 439 | Supreme Marine Refrigeration LLC Declaration of Custodian Certifying Business Record_FRITSCH_00038464-FRITSCH_00038475 | | |
| 440 | Yacht Management Group Inc. Declaration of Custodian Certifying Business Record_FRITSCH_00038476-FRITSCH_00038505 | | |
| 441 | Declaration of Authenticity of Business Records The Clearing House Payments Company L.L.C._FRITSCH_00039397-FRITSCH_00039404; FRITSCH_00039407 | | |
| 442 | First Interstate Bank Declaration of Custodian Certifying Business Record_FRITSCH_00046523-FRITSCH_00046608 | | |
| 443 | [INTENTIONALLY BLANK] | | |
| 444 | Mercedes-Benz Financial Services USA LLC Declaration of Custodian Certifying Business Record_FRITSCH 00021673-FRITSCH 00021787 | | |
| 445-499 | [INTENTIONALLY BLANK] | | |
| 500 | Rusnak Arcadia Records_2014 MB | | |
| 501 | Mercedes-Benz Financial Services Records 2013 MB | | |
| 502 | Rusnak Pasadena Records_2016 Rolls-Royce Dawn | | |
| 503 | First Interstate Bank Records Checking Account 1400950588 | | |
| 504 | First Interstate Bank Records Checking Account 1400950588_Wire Report | | |
| 505 | Excerpt from Exhibit 504, Lines 1 and 22-24 | | |
| 506 | Mercedes Benz of Beverly Hills, StarClub Inc. Lease of 2014 Mercedes-Benz S63 | | |
| 507 | Mercedes Benz records, StarClub Inc. lease of 2014 Mercedes-Benz CLA250C | | |
| 508 | McLaren Scottsdale records of vehicle purchase | | |

25

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 509 | Mercedes Benz records, StarClub Inc. lease of 2014 Mercedes-Benz ML350BTC | | |
| 510 | **[WITHDRAWN]** Federal Reserve Bank of NY Wire Information for Ian Mann 1/25/2016 Wire from Access Database | | |
| 511 | **[WITHDRAWN]** Federal Reserve Bank of NY Wire Information for Ian Mann 1/25/2016 Wire | | |
| 512 | Stipulation Regarding Interstate and Foreign Wire Transfers | | |
| 513 | Stipulation Regarding 3229 Rambla Pacifico | | |
| 514 | Certified Death Certificate for Michael Ravin | | |
| 515 | Audio clip 1 of interview of Bernhard Fritsch | | |
| 516 | Audio clip 2 of interview of Bernhard Fritsch | | |
| 517 | Audio clip 3 of interview of Bernhard Fritsch | | |
| 518 | Audio clip 4 of interview of Bernhard Fritsch | | |
| 519 | Audio clip 5 of interview of Bernhard Fritsch | | |
| 520 | Audio clip 6 of interview of Bernhard Fritsch | | |
| 521 | Audio clip 7 of interview of Bernhard Fritsch | | |
| 522 | Audio clip 8 of interview of Bernhard Fritsch | | |
| 523 | Audio clip 9 of interview of Bernhard Fritsch | | |
| 524 | Audio clip 10 of interview of Bernhard Fritsch | | |
| 525 | Audio clip 11 of interview of Bernhard Fritsch | | |
| 526 | Audio clip 12 of interview of Bernhard Fritsch | | |
| 527 | Audio clip 13 of interview of Bernhard Fritsch | | |
| 528 | Audio clip 14 of interview of Bernhard Fritsch | | |
| 529 | Audio clip 15 of interview of Bernhard Fritsch | | |

26

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 530 | Audio clip 16 of interview of Bernhard Fritsch | | |
| 531 | Audio clip 17 of interview of Bernhard Fritsch | | |
| 532 | Audio clip 18 of interview of Bernhard Fritsch | | |
| 533 | Audio clip 19 of interview of Bernhard Fritsch | | |
| 534 | Emails between Dylan Ris, Bernhard Fritsch, and others dated March 2, 2014 to March 7, 2014 | | |
| 535 | Emails between Dylan Ris, Bernhard Fritsch, and others dated March 14, 2014 | | |
| 536 | Emails and invoice from Dylan Ris, dated March 14, 2014 | | |
| 537 | Emails and invoice from Dylan Ris, dated March 25, 2014 | | |
| 538 | Email and invoice from Dylan Ris, dated June 12, 2014 | | |
| 539 | Email and invoice from Dylan Ris, dated October 6, 2014 | | |
| 540 | Email and invoice from Dylan Ris, dated December 15, 2014 | | |
| 541 | Email and invoice from Dylan Ris, dated April 28, 2015 | | |
| 542 | Emails between Dylan Ris and Bernhard Fritsch, dated April 28, 2015 | | |
| 543-699 | [INTENTIONALLY BLANK] | | |
| 700 | Interview Report, George Mederos, 08/2/2017 | | |
| 701 | Interview Report, George Mederos, 09/06/2017 | | |
| 702 | Interview Report, George Mederos, 09/18/2017 | | |
| 703 | Interview Report, George Mederos, 04/26/2018 | | |
| 704 | Interview Report, George Mederos, 05/13/2024 | | |
| 705 | Interview Report, George Mederos, 11/19/2024 | | |
| 706 | Report, Seizure of cars 09/06/2017 | | |
| 707 | Interview Report, Miraflor Stemmann, 08/02/2017 | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 708 | Interview notes, Miraflor Stemmann, 08/02/2017 | | |
| 709 | Interview Report, Miraflor Stemmann, 07/22/2018 | | |
| 710 | Interview Report, Miraflor Stemmann, 04/04/2024 | | |
| 711 | Interview Report, Mirafor Stemmann, 12/23/2024 | | |
| 712 | Email between Kim Fredricks and Ruben re: Meeting at Ron Burkle's office w/ Richard D'Abo 7/16/2014 | | |
| 713 | Emails between Jon Glass and Charles Sanders re WMG/StarClub Meeting 4/24/2015 | | |
| 714 | Emails between Kevin Mayer and Bernhard Fritsch re Maker Studio/Opportunity, 2/6/2015 | | |
| 715 | Emails between Jon Glass and Charles Sanders re WMG/Starclub Follow-up, 5/18/2015 | | |
| 716 | Emails between Kevin Mayer and Bernhard Fritsch re Moellis, 2/6/2015 | | |
| 717 | Emails between Jessica Goldenberg and Charles Sanders re Starclub, 8/12/2015 | | |
| 718 | Emails between Alexander Kamins and Charles Sanders re WMG & Starclub, 10/31/2015 | | |
| 719 | Emails between Alexander Kamins and Charles Sanders re StarClub w. WMG, 11/25/2015 | | |
| 720 | Emails between Jessica Goldenberg and Charles Sanders re Starclub, 3/22/2016 | | |
| 721 | Interview Reports, Kimberly Fredricks, 6/24/2024, 8/2/17, 8/6/17 | | |
| 722 | Interview Report, Lisa Short, 9/8/2017 | | |
| 723 | Interview Report, Lisa Short, 12/19/2024 | | |
| 724 | Interview Report, Rick Flammang, 9/25/2017 | | |
| 725 | Interview Report, Rick Flammang, 10/3/2024 | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 726 | Interview Report, Rick Flammang, 11/14/2024 | | |
| 727 | Report regarding seizure of Madame Musique, 9/22/2017 | | |
| 728 | Interview Reports and Notes (collected) Daniel Guy | | |
| 729 | Complaint and Affidavit of Greg Austin, August 2, 2017 | | |
| 730 | FBI FD-1057 Documenting receipt of recording of investor meeting provided by Derrick Snowdy. | | |
| 731 | Interview Notes, 01/09/25 interview of Daniel Guy | | |
| 732 | Interview Notes, 01/14/25 interview of Daniel Guy | | |
| 733 | Interview Notes, 01/07/2025, Kimberly Fredricks | | |
| 734 | Interview Notes, 08/05/2024, Dylan Ris | | |
| 735-799 | [INTENTIONALLY BLANK] | | |
| 800 | Emails between Miraflor Stemmann and Bernhard Fritsch re Accounts Payable | | |
| 801 | Emails between Miraflor Stemmann and Bernhard Fritsch re Der Hut | | |
| 802 | Emails between Miraflor Stemmann and Bernhard Fritsch re Rick Flammang | | |
| 803 | Emails between Miraflor Stemmann and Bernhard Fritsch re "Kesterson" or "Cox" | | |
| 804 | Emails between Miraflor Stemmann and Bernhard Fritsch re Lisa Short | | |
| 805 | Emails between Miraflor Stemmann and Bernhard Fritsch re Other US Mastertec Account | | |
| 806 | Email from Miraflor Stemmann to G. Austin with attachment, 07/15/2018 | | |
| 807-808 | [INTENTIONALLY BLANK] | | |
| 809 | **[WITHDRAWN]** Envelope "George Mederos" and letter to "Attny: G. Mederos" signed "BF" (black and white) | | |
| 810 | **[WITHDRAWN]** Letter to "Attny: G. Mederos" signed "BF" (color) | | |

29

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 811 | **[WITHDRAWN]** Email September 18, 2017 from G. Mederos to G. Austin | | |
| 812 | Mercedes Benz records, StarClub Inc. lease of 2014 Mercedes-Benz S63 (VIN x40882) | | |
| 813 | FBI September 6, 2017 Receipts for Property, Signed by G Mederos and G Austin | | |
| 814 | Documents seized from StarClub/US Mastertec, "Invoices to review" post-it | | |
| 815 | Documents seized from StarClub/US Mastertec, "Invoices" folder contents | | |
| 816 | Documents seized from StarClub/US Mastertec, "Reza" folder contents (excerpt) | | |
| 817 | Documents seized from StarClub/US Mastertec, "GMI 2015" folder contents (excerpt) | | |
| 818 | Documents seized from StarClub/US Mastertec, Miscellaneous documents | | |
| 819 | Documents seized from StarClub/US Mastertec, "Management Presentation" folder contents (excerpt) | | |
| 820 | Documents seized from StarClub/US Mastertec, "GMI Bill Notes" folder contents | | |
| 821 | Documents seized from StarClub/US Mastertec, "GMI BILLS" folder contents | | |
| 822 | Documents seized from StarClub/US Mastertec, "CATLIN" folder contents | | |
| 823 | Documents seized from StarClub/US Mastertec, "New Roads" folder contents | | |
| 824 | Documents seized from StarClub/US Mastertec, "Dylan Ris" folder contents | | |
| 825 | Documents seized from StarClub/US Mastertec, "David Stocker" folder contents | | |
| 826 | Documents seized from StarClub/US Mastertec, "Menlo College" folder contents | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 827 | Documents seized from StarClub/US Mastertec, "George Mederos 2015" folder contents | | |
| 828 | Documents seized from StarClub/US Mastertec, "Playland Day Camp & Preschool" folder contents | | |
| 829 | Documents seized from StarClub/US Mastertec, "Sherwood Development" and "Sherwood Lake Club" folders, contents | | |
| 830 | Documents seized from StarClub/US Mastertec, Orange folder, excerpt of contents (Wells Fargo Addendum to Certificate of Authority, 3229 Rambla Pacifico Inc., account ending 7568) | | |
| 831 | Documents seized from StarClub/US Mastertec, "Harrington Global Opportunity Fund S.A.R.L." folder contents (Securities Purchase Agreement, January 30, 2015) | | |
| 832 | Documents seized from StarClub/US Mastertec, "Salida" folder contents (Stock Purchase Agreement, December 10, 2014 and Wire Instructions) | | |
| 833 | Documents seized from StarClub/US Mastertec, Emails February 26, 2014 (Byron Capital Markets) and July 10, 2014 (Goodmans LLP) | | |
| 834 | Documents seized from StarClub/US Mastertec, "Officer Certificates" folder contents (Stockholder Register and Private Placement to Byron Capital Markets) | | |
| 835 | Email chain August 8, 2016 between Bernhard Fritsch and Ian Mann, cc: James Polsen and Kim Fredricks, re: Update | | |
| 836 | Declaration of Bernhard Fritsch, December 30, 2020, Fritsch v. Ravin, Euro-Dutch Trust Company, Case No. BC685196 (certified copy) | | |
| 837 | Documents seized from StarClub/US Mastertec, Invoice and Check for Camp Pemigewassett | | |
| 838 | Documents seized from StarClub/US Mastertec, Invoice and Check for Tamar Adegbile | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 839 | Photos of 3229 Rambla Pacifico, Malibu, California | | |
| 840 | Documents seized from StarClub/US Mastertec, Catlin Insurance Invoice and Check | | |
| 841 | Documents seized from StarClub/US Mastertec, Huntley and Loews Hotel Authorizations | | |
| 842 | 8/1/2016 Capitol Marine Invoice | | |
| 843 | 8/1/2016 Email from Flammang to Mesquida re: Estimate from Capitol Marine - MY MADAME MUSIQUE (Fuel Tanks & Bilge Cleaning, Fuel Polishing & Waste Disposal) | | |
| 844 | 8/1/2016 Email from Mesquida to Flammang re:  Estimate from Capitol Marine - MY MADAME MUSIQUE (Fuel Tanks & Bilge Cleaning, Fuel Polishing & Waste Disposal) | | |
| 845 | 8/8/2016 Capitol Marine Invoice | | |
| 846 | 8/8/2016 Email from Mesquida to Flammang re Invoice from Capitol Marine | | |
| 847 | 8/9/2016 Email from Mesquida to Flammang re Invoice from Capitol Marine | | |
| 848 | 10/27/2016 Receipt and Invoice from IK Yacht Design | | |
| 849 | 11/17/2016 Email from Mills to Flammang re Estimate for Mid-Ship AC Change Out | | |
| 850 | 11/23/2016 Email from Mills to Flammang re SMR Invoice | | |
| 851 | 12/2/2016 Email from Mills to Flammang re SMR Invoice | | |
| 852 | 12/12/2016 Lewis Marine Invoice | | |
| 853 | Documents seized from StarClub/US Mastertec, Unnamed folders, 5 Trident Financial Corporation B.V. Subscription Agreements re Starsite | | |
| 854 | Document seized from Fritsch MacBook Pro, 09-30-15 - 730 PM - Use of Proceeds Analysis.doc | | |
| 855 | Document seized from Fritsch MacBook Pro, 10-03-14 - 1245 PM - US$ 50 MM Term Sheet at US$ 8 50 per Share.pdf | | |

32

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 856 | Document seized from Fritsch MacBook Pro, 11-14-14 - 6 PM - StarClub Executive Summary-2.pdf | | |
| 857 | Document seized from Fritsch MacBook Pro, 11-14-14 - 6PM - SC PPM - US$ 50 MM at US$ 8.50 per Share.pdf | | |
| 858 | Document seized from Fritsch MacBook Pro, 11-14-14 - 1130 AM - Sub Docs - PPM - StarClub - US$ 50 MM at US$ 8.50 per Share.pdf | | |
| 859 | Document seized from Fritsch MacBook Pro, 11-14-14 - 1130 AM - Sub Docs - PPM - StarClub - US$ 50 MM at US$ 8.50 per Share[542998].pdf | | |
| 860 | Document seized from Fritsch MacBook Pro, 12-03-15 - 350 PM - StarClub Securityholders - Danny Guy.xls | | |
| 861 | Document seized from Fritsch MacBook Pro, October - 1-PAGER.docx | | |
| 862 | Document seized from Fritsch MacBook Pro, SC-2-PAGER.docx | | |
| 863 | Document seized from Fritsch MacBook Pro, Spotify-4-25-16-450PM .pdf | | |
| 864 | Document seized from Fritsch MacBook Pro, StarClub_Investor_Deck Dec 2014.pdf | | |
| 865 | Document seized from Fritsch MacBook Pro, StarClub_Investor_Presentation_111414 627PM.pdf | | |
| 866 | Photo of 3229 Rambla Pacifico from Fritsch iPhone | | |
| 867 | Photos of McLaren from Fritsch iPhone | | |
| 868 | Photos of Rolls Royce from Fritsch iPhone | | |
| 869 | Photos of Madame Musique yacht from Fritsch iPhone | | |
| 870 | Benjamin Spinale CART Notes | | |
| 871 | Ira Bartel CART Notes | | |
| 872 | Report of Examination, dated 9/29/2020 | | |

33

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 873 | Photo of Fritsch iPhone | | |
| 874 | Photos of Fritsch MacBook Pro | | |
| 875 | CD of digital files from Fritsch MacBook **[PLACEHOLDER]** | | |
| 876 | CD of digital files from Fritsch iPhone **[PLACEHOLDER]** | | |
| 877-899 | [INTENTIONALLY BLANK] | | |
| 900 | Summary of Accounts Included In Analysis | | |
| 901 | Starclub Inc. JP Morgan Chase Bank Account Number 211777995 Transaction Details | | |
| 902 | Starclub Inc. JP Morgan Chase Bank Account Number 211777995 Sources and Uses of Funds | | |
| 903 | Starclub Inc. JP Morgan Chase Bank Account Number 211786339 Transaction Details | | |
| 904 | Starclub Inc. JP Morgan Chase Bank Account Number 211786339 Sources and Uses of Funds | | |
| 905 | Starclub Inc. JP Morgan Chase Bank Account Number 3601239717 Transaction Details | | |
| 906 | Starclub Inc. JP Morgan Chase Bank Account Number 3601239717 Sources and Uses of Funds | | |
| 907 | Starclub Inc. JP Morgan Chase Bank Account Number 528768398 Transaction Details | | |
| 908 | Starclub Inc. JP Morgan Chase Bank Account Number 528768398 Sources and Uses of Funds | | |
| 909 | StarClub Inc. JP Morgan Chase Bank Potential Revenue | | |
| 910 | US Mastertec LLC JP Morgan Chase Bank Account Number 958563199 Transaction Details | | |
| 911 | US Mastertec LLC JP Morgan Chase Bank Account Number 958563199 Sources and Uses of Funds | | |
| 912 | US Mastertec Inc Comerica Bank Account Number 1894639358 Transaction Details | | |

34

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 913 | US Mastertec Inc Comerica Bank Account Number 1894639358 Sources and Uses of Funds | | |
| 914 | Greenwich Music Inc. JPMorgan Chase Bank Account 376501304865 Transaction Details | | |
| 915 | Greenwich Music Inc. JPMorgan Chase Bank Account 376501304865 Sources and Uses of Funds | | |
| 916 | 3229 Rambla Pacifico Inc Wells Fargo Bank Account Number 7166207568 Transaction Details | | |
| 917 | 3229 Rambla Pacifico Inc Wells Fargo Bank Account Number 7166207568 Sources and Uses of Funds | | |
| 918 | 3229 Rambla Pacifico Inc Wells Fargo Bank Account Number 9023306377 Transaction Details | | |
| 919 | 3229 Rambla Pacifico Inc Wells Fargo Bank Account Number 9023306377 Sources and Uses of Funds | | |
| 920 | 3229 Rambla Pacifico Inc Wells Fargo Bank Account Number 7166206313 Transaction Details | | |
| 921 | 3229 Rambla Pacifico Inc Wells Fargo Bank Account Number 7166206313 Sources and Uses of Funds | | |
| 922 | 3229 Rambla Pacifico Inc JPMorgan Chase Bank Account Number 595516803 Transaction Details | | |
| 923 | 3229 Rambla Pacifico Inc JPMorgan Chase Bank Account Number 595516803 Sources and Uses of Funds | | |
| 924 | Der Hut LLC JPMorgan Chase Bank Account 909166241 Transaction Details | | |
| 925 | Der Hut LLC JPMorgan Chase Bank Account 909166241 Sources and Uses of Funds | | |
| 926 | Lisa Stalvey Credit Card Charges; Star Club Ltd - American Express #6-61000 - 62008 - 63006 | | |
| 927 | Lisa Stalvey Credit Card Charges by Category; Star Club Ltd - American Express #6-61000 - 62008 - 63006 | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 928 | Mederos Credit Card Charges; Star Club Ltd - American Express #6-61000 - 62008 - 63006 | | |
| 929 | Payments: Mederos and Trouble Stunts LLC | | |
| 930 | Mederos Selected Credit Card Charges; Star Club Ltd - American Express #6-61000 - 62008 - 63006 | | |
| 931 | Rick Flammang Credit Card Charges; Greenwich Music Inc. - American Express #1-32005 - 33003 | | |
| 932 | Rick Flammang Selected Credit Card Charges; Greenwich Music Inc. - American Express #1-32005 - 33003 | | |
| 933 | Kaydee Cox Credit Card Charges; Greenwich Music Inc. Chase 6575 and Greenwich Music Inc. American Express #1-32005 | | |
| 934 | Kaydee Cox Selected Credit Card Charges; Greenwich Music Inc. Chase 6575 and Greenwich Music Inc. American Express #1-32005 | | |
| 935 | McLaren Summary Chart | | |
| 936 | Rolls Royce Summary Chart | | |
| 937 | Madame Musique Yacht Expenses | | |
| 938 | 3229 Rambla House Expenses | | |